IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. TURNER, | *FILED ELECTRONICALLY* |
| Plaintiff, | |
| | CIV. ACTION NO. 4:18-cv-00361 |
| vs. | |
| JOHN E. WETZEL, SECRETARY OF CORRECTIONS; CORRECTION CARE SOLUTION, CARL KELDIE, JOSEP SILVA (DEPARTMENT OF CORRECTIONS HEALTH CARE SERVICE DIRECTOR), DR. PAUL NOAL, DR. JAY COWAN, THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE'S MA KUREN, VISOR MS. KURAS, CHDA MS. HOLLY and SHARON SELBI; RN any and all individuals or entities responsible for my HEALTH CARE and/or DOC MEDICAL POLICIES, | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Meghan K. Adkins, Esquire and the law firm of Weber Gallagher on behalf of Correct Care Solutions (improperly identified as Correction Care Solution, Dr. Carl Keldie and Dr. Jay Cowan in the above-captioned lawsuit.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON

FIRES & NEWBY LLP


BY:   /s/ Meghan K. Adkins
     Meghan K.  Adkins, Esquire
     PA320908

     WEBER GALLAGHER SIMPSON
     STAPLETON FIRES & NEWBY, LLP
     Four PPG Place
     5th Floor
     Pittsburgh, PA 15222
     (412) 281-4541
     (412) 281-4547 FAX

## **CERTIFICATE OF SERVICE**

    I, Meghan K. Adkins, , hereby certify that on this date a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was sent by first class United States mail, postage prepaid, to the following:

Wlliam D. Turner, AM5992
SCI-Frackville
1111 Altamount Blvd
Frackville, PA  17932

Daniel J. Gallagher
Deputy Attorney General
Office of the Attorney General
Civil Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120

                /S/ Meghan K.  Adkins
                Meghan K. Adkins, Esquire

Dated:       02/14/2018