IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM D. TURNER,

    Plaintiff,                       CIV. ACTION NO. 4:18-cv-00361

    vs.

JOHN E. WETZEL, SECRETARY OF
CORRECTIONS; CORRECTION
CARE SOLUTION, CARL KELDIE,
JOSEP SILVA (DEPARTMENT OF
CORRECTIONS HEALTH CARE
SERVICE DIRECTOR), DR. PAUL
NOAL, DR. JAY COWAN, THE
DOC'S HEPATITIS C COMMITTEE,
SCI FRACKVILLE'S MA KUREN,
VISOR MS. KURAS, CHDA MS.
HOLLY and SHARON SELBI; RN any
and all individuals or entities
responsible for my HEALTH CARE
and/or DOC MEDICAL POLICIES,

    Defendants.



## ORDER

AND NOW, this 15th Day of February, 2018, upon consideration of Defendant's **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, it is hereby ORDERED that said Motion is GRANTED. Moving Defendants shall respond or otherwise plead to the Complaint on or before April 10, 2018.

                                           Joseph F. Saporito, Jr. M.J.