**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM D. TURNER,** | : | |
| Plaintiff : | | **Civil Action No.** |
| | | **4:18-CV-00361** |
| | : | |
| **v.** | : | **Judge Matthew W. Brann** |
| | | |
| | | **Magistrate Judge Joseph** |
| | | **F. Saporito, Jr.** |
| | : | |
| **JOHN E. WETZEL,** Secretary of Corrections, | : | |
| **CORRECTION CARE SOLUTION, CARL** | : | **Electronically Filed** |
| **KELDIE, JOSEPH SILVA,** Department of | : | **Document** |
| Corrections Health Care Service Director, **DR.** | : | |
| **PAUL NOAL, DR. JAY COWAN, THE** | : | |
| **DOC'S HEPATITIS C COMMITTEE, SCI** | : | |
| **FRACKVILLE'S MA KUREN, VISOR MS.** | : | |
| **KURAS, CHDA MS. HOLLY** and **SHARON** | : | |
| **SELBI, RN ANY AND ALL INDIVIDUALS** | : | |
| **OR ENTITIES RESPONSIBLE FOR MY** | : | |
| **HEALTH CARE AND/OR DOC MEDICAL** | : | |
| **POLICIES,** | : | |
| Defendants | : | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move

the Court for an enlargement of time in which to file an Answer in response to the

Complaint, and in support thereof state as follows:

1.     Answering Defendants are employees of the Department of

Corrections.

2.      This matter was recently removed to this Court from the Court of

Common Pleas of Schuylkill County.

3.      Undersigned counsel has not yet had an opportunity to consult with all

of the clients regarding this matter, which will take place promptly.

4.      Defendants will file an Answer to the Complaint in this matter.

5.      Accordingly, undersigned counsel is in need of additional time to

prepare an Answer.

6.      Undersigned counsel respectfully requests an enlargement of time

until April 16, 2018 in which to file an Answer.

7.      Granting this enlargement will not unreasonably delay this matter nor

prejudice the rights of the Plaintiff.

WHEREFORE, the Court should grant Commonwealth Defendants an

enlargement of time until April 16, 2018 to file an Answer to the Complaint.

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

**By:   *s/ Daniel J. Gallagher***

**DANIEL J. GALLAGHER**
**Deputy Attorney General**
**Attorney ID 30451**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 783-2034**

**KELI M. NEARY**
**Acting Chief Deputy Attorney**
**General**

**Civil Litigation Section**

**dgallagher@attorneygeneral.gov**

**Date: March 20, 2018**                    **Counsel for DOC Defendants**

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM D. TURNER,** | : | |
| Plaintiff | : | **Civil Action No.** |
| | | **4:18-CV-00361** |
| | : | |
| v. | : | **Judge Matthew W. Brann** |
| | | |
| | | **Magistrate Judge Joseph** |
| | | **F. Saporito, Jr.** |
| | : | |
| **JOHN E. WETZEL,** Secretary of Corrections, | : | |
| **CORRECTION CARE SOLUTION, CARL** | : | **Electronically Filed** |
| **KELDIE, JOSEPH SILVA,** Department of | : | **Document** |
| Corrections Health Care Service Director, **DR.** | : | |
| **PAUL NOAL, DR. JAY COWAN, THE** | : | |
| **DOC'S HEPATITIS C COMMITTEE, SCI** | : | |
| **FRACKVILLE'S MA KUREN, VISOR MS.** | : | |
| **KURAS, CHDA MS. HOLLY** and **SHARON** | : | |
| **SELBI, RN ANY AND ALL INDIVIDUALS** | : | |
| **OR ENTITIES RESPONSIBLE FOR MY** | : | |
| **HEALTH CARE AND/OR DOC MEDICAL** | : | |
| **POLICIES,** | : | |
| Defendants | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel J. Gallagher, Deputy Attorney General for the Commonwealth of

Pennsylvania, Office of Attorney General, hereby certify that on March 20, 2018, I

caused to be served a true and correct copy of the foregoing document titled

Motion for Extension of Time to the following:

**<u>VIA U.S. MAIL</u>**

**William D. Turner, AM-5992**
**SCI Frackville**
**1111 Altamont Boulevard**
**Frackville, PA  17932**
*Pro Se Plaintiff*

**Samuel H. Foreman, Esq.**
sforeman@wglaw.com
PA License 77096
**Weber, Gallagher, Simpson,**
**Stapleton, Fires & Newby**
**Four PPG Place**
**Pittsburgh, PA 15222**
**(412)-281-4541 phone**
**(412)- 281-4547 FAX**

*s/ Daniel J. Gallagher*
**DANIEL J. GALLAGHER**
Deputy Attorney General

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM D. TURNER,** | : | |
| **Plaintiff** : | | **Civil Action No.**<br>**4:18-CV-00361** |
| | : | |
| **v.** | : | **Judge Matthew W. Brann** |
| | | |
| | | **Magistrate Judge Joseph**<br>**F. Saporito, Jr.** |
| | : | |
| **JOHN E. WETZEL,** Secretary of Corrections, | : | |
| **CORRECTION CARE SOLUTION, CARL** | : | **Electronically Filed** |
| **KELDIE, JOSEPH SILVA,** Department of | : | **Document** |
| Corrections Health Care Service Director, **DR.** | : | |
| **PAUL NOAL, DR. JAY COWAN, THE** | : | |
| **DOC'S HEPATITIS C COMMITTEE, SCI** | : | |
| **FRACKVILLE'S MA KUREN, VISOR MS.** | : | |
| **KURAS, CHDA MS. HOLLY** and **SHARON** | : | |
| **SELBI, RN ANY AND ALL INDIVIDUALS** | : | |
| **OR ENTITIES RESPONSIBLE FOR MY** | : | |
| **HEALTH CARE AND/OR DOC MEDICAL** | : | |
| **POLICIES,** | : | |
| **Defendants** : | | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2018, upon

consideration of the Motion for Extension of Time, it is hereby ORDERED that the

Motion is GRANTED, and the DOC Defendants will have until April 16, 2018 to

answer the Complaint.

_____

**J.**