IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. TURNER, | : | |
| Plaintiff | : | Civil Action No. 4:18-CV-00361 |
| | : | |
| v. | : | Judge Matthew W. Brann |
| | | |
| | | Magistrate Judge Joseph F. Saporito, Jr. |
| | : | |
| JOHN E. WETZEL, Secretary of Corrections, CORRECTION CARE SOLUTION, CARL KELDIE, JOSEPH SILVA, Department of Corrections Health Care Service Director, DR. PAUL NOAL, DR. JAY COWAN, THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE'S MA KUREN, VISOR MS. KURAS, CHDA MS. HOLLY and SHARON SELBI, RN ANY AND ALL INDIVIDUALS OR ENTITIES RESPONSIBLE FOR MY HEALTH CARE AND/OR DOC MEDICAL POLICIES, | : | Electronically Filed Document |
| Defendants | : | |

## ORDER

AND NOW, this 21st day of March, 2018, upon consideration of the Motion for Extension of Time, it is hereby ORDERED that the Motion is GRANTED, and the DOC Defendants will have until April 16, 2018 to answer the Complaint.

*Joseph F. Saporito, Jr.*
M.J.