Harper S. Wetzel, et al.,
4:18-CV-00361

To the Honorable Clerk, I would appreciate a docket sheet concerning this case, to address what's been filed before filing other motions on the matter at hand...

Sincerely,

William D. Turner

FILED
SCRANTON
APR 09 2018
PER _____ AMO
DEPUTY CLERK

4.4.18

William D. Turner
QM5992
1111 Altamount Blvd
Frackville, PA 17932

FIRST-CLASS MAIL
Hasler
04/05/2018
US POSTAGE $000.47⁰
ZIP 17932
011E12650639

INMATE MAIL
PA DEPT OF
CORR——

To: Clerk of Court
United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
APR 09 2018
PER_____ DEPUTY CLERK

18501$1148 B099