# COUNTY OF SCHUYLKILL
## OFFICE OF THE PROTHONOTARY

DAVID J. DUTCAVICH, PROTHONOTARY
DEBORAH A. CONWAY, SECOND DEPUTY
ERIC PROCK, SOLICITOR



401 North Second Street
Pottsville, PA 17901-2520
E-Mail: prothy@schuylkill.us
Telephone: 570-628-1270
In Schuylkill County: 668-5944 Ext. 1270
695-2156 Ext. 1270
874-4058 Ext. 1270
Facsimile: 570-628-1261

APRIL 5, 2018

$18$ cv $361$

**FILED
SCRANTON**

APR - 9 2018

PER _____
DEPUTY CLERK

US DISTRICT COURT
MIDDLE DISTRICT OF PA
PO BOX 1148
SCRANTON, PA 1501

IN RE; NOTICE OF REMOVAL TURNER VS WETZEL ET AL S-89-2018

DEAR SIR:

PLEASE FIND ENCLOSED ALL RECORD PAPERS AND CERTIFIED DOCKET ENTRIES FOR THE ABOVE MENTIONED CASE. BY NOTICE OF REMOVAL I'M THEREFORE, FORWARDING SAID CASE TO YOUR COURT FOR FILING.

IF ANYTHING FURTHER IS REQUIRED PLEASE CONTACT OUR OFFICE. THANKING YOU FOR YOUR IMMEDIATE ATTENTION TO THIS MATTER.

YOURS IN PUBLIC SERVICE

DAVID J. DUTCAVICH,
PROTHONOTARY

ENCL

DOCKET: S-89-2018                              FILED: 01/19/2018 at 11:10AM
    COMPLAINT IN CIVIL ACTION LAW

| PLAINTIFFS | DEFENDANTS |
|---|---|
| TURNER,WILLIAM D<br>AM5992<br>SCI FRACKVILLE<br>1111 ALTAMOUNT BLVD<br>FRACKVILLE, PA 17932 | WETZEL,JOHN E<br>SECRETARY OF CORRECTIONS<br>1920 TECHNOLOGY PARKWAY<br>MECHANICSBURG, PA 17050 |
| | KELDIE,CARL<br>CORRECTION CARE SOLUTION<br>1920 TECHNOLOGY PARKWAY<br>MECHANICSBURG, PA 17050 |
| | SILVA,JOSEP<br>CORRECTION CARE SOLUTION<br>1920 TECHNOLOGY PARKWAY<br>MECHANICSBURG, PA 17050 |
| | NOAL,PAUL DR.<br>DEPT OF CORRECTION HEALTH CARE<br>1920 TECHNOLOGY PARKWAY<br>MECHANICSBURG, PA 17050 |
| | COWAN,JAY DR.<br>1920 TECHNOLOGY PARKWAY<br>MECHANICSBURG, PA 17050 |
| | KUREN,MA DR.<br>SCI FRACKVILLE<br>1111 ALTAMONT BLVD<br>FRACKVILLE, PA 17932 |
| | KURAS,VISOR<br>SCI FRACKVILLE<br>1111 ALTAMONT BLVD<br>FRACKVILLE, PA 17932 |
| | CHDA,HOLLY<br>SCI FRACKVILLE<br>1111 ALTAMONT BLVD<br>FRACKVILLE, PA 17932 |
| | SELBI RN,SHARON<br>SCI FRACKVILLE<br>1111 ALTAMONT BLVD<br>FRACKVILLE, PA 17932 |
| | DOE,JOHN<br>PA |
| | DOE,JANE<br>PA |

FILING

DOCKET: S-89-2018                          FILED: 01/19/2018 at 11:10AM
    COMPLAINT IN CIVIL ACTION LAW

---

FILING

---

APPLICATION TO PROCEED IN FORMA PAUPERIS
01/19/2018 at 11:10AM
TURNER,WILLIAM D

---

T & E
01/19/2018 at 11:11AM
PLAINTIFFS

---

STATE TAX (.50)
01/19/2018 at 11:11AM
PLAINTIFFS

---

COMPUTER FUND
01/19/2018 at 11:11AM
PLAINTIFFS

---

AUTOMATION FUND
01/19/2018 at 11:11AM
PLAINTIFFS

---

CERTIFICATE OF MERIT
01/23/2018 at 09:42AM
TURNER,WILLIAM D

---

PRAECIPE
01/25/2018 at 10:30AM
TURNER,WILLIAM D

---

ORDER OF COURT/COPIES MAILED
01/26/2018 at 01:30PM
RUSSELL,JACQUELINE L

---

ORDER GRANTING IN FORMA PAUPERIS
01/26/2018 at 01:30PM
RUSSELL,JACQUELINE L

---

SHERIFF'S SERVICE-SEE FILE
02/01/2018 at 01:36PM
SHF 75.80

---

NOTICE OF REMOVAL
02/16/2018 at 10:45AM
FOREMAN,SAMUEL H

---

CERTIFICATE OF SERVICE
02/16/2018 at 10:45AM
FOREMAN,SAMUEL H

---

Certified from the Records this
day of _____ A.D. 20__

Prothonotary of Schuylkill

PROTHONOTARY
My Commission Expires
First Monday of January

DOCKET: S-89-2018                                    FILED: 01/19/2018 at 11:10AM
   COMPLAINT IN CIVIL ACTION LAW

| SHERIFF SERVICES | | |
|---|---|---|
| SERVICE ID | DATE | TYPE OF SERVICE |
| 91234 | 01/26/2018 | CIVIL ACTION |
| Type of Return: | | |
| Attempt: 1 | SERVING | 01/30/2018 08:03:00 |
| Address: 1111 ALTAMONT BLVD | FRACKVILLE | |
| Def: DR. MA KUREN | | Served: JEN NEWBERRY |
| Def: VISOR KURAS | | Served: JEN NEWBERRY |
| Def: HOLLY CHDA | | Served: JEN NEWBERRY |
| Def: SHARON SELBI RN | | Served: JEN NEWBERRY |
| Attempt: 2 | SERVING | 02/05/2018 11:33:00 |
| Address: 1920 TECHNOLOGY PARKWAY | MECHANICSBURG | |
| Def: JOHN E WETZEL | | Served: DEB BRYAN |
| Def: CARL KELDIE | | Served: DIANE HINKLE |
| Def: JOSEP SILVA | | Served: DEB BRYAN |
| Def: DR. PAUL NOAL | | Served: DEB BRYAN |
| Def: DR. JAY COWAN | | Served: DEB BRYAN |



IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

WILLIAM D. TURNER,                          :
                                            :
       Plaintiff,                           :   CIVIL DIVISION
                                            :
v.                                          :   Case No.:  S-89-18
                                            :
JOHN E. WETZEL, SECRETARY OF                :
CORRECTIONS; CORRECTION CARE                :
SOLUTION, CARL KELDIE, JOSEP SILVA          :   **NOTICE OF FILING NOTICE OF**
(DEPARTMENT OF CORRECTIONS                  :   **REMOVAL TO UNITED STATES**
HEALTH CARE SERVICE DIRECTOR),              :   **DISTRICT COURT**
DR. PAUL NOAL, DR. JAY COWAN, THE           :
DOC'S HEPATITIS C COMMITTEE, SCI            :   Filed on behalf of Defendants
FRACKVILLE'S MA KUREN, VISOR MS.            :   Jay Cowan
KURAS, CHDA MS. HOLLY and SHARON            :   Carl Keldie
SELBI; RN any and all individuals or entities :
responsible for my HEALTH CARE and/or       :   Counsel of Record for this Party
DOC MEDICAL POLICIES,                       :
                                            :   Samuel H. Foreman
       Defendant.                           :   PA I.D. 77096
                                            :
                                            :   WEBER GALLAGHER SIMPSON
                                            :   STAPLETON FIRES & NEWBY LLP
                                            :   Firm #594
                                            :   Four PPG Place
                                            :   5th Floor
                                            :   Pittsburgh, PA 15222
                                            :   Phone: (412) 281-4541
                                            :   Fax:    (412) 281-4547
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

WILLIAM D. TURNER,                          :
                                            :
    Plaintiff,                          :    CIVIL DIVISION
                                            :
v.                                          :    Case No.: S-89-18
                                            :
JOHN E. WETZEL, SECRETARY OF                :
CORRECTIONS; CORRECTION CARE                :
SOLUTION, CARL KELDIE, JOSEP SILVA          :
(DEPARTMENT OF CORRECTIONS                  :
HEALTH CARE SERVICE DIRECTOR),
DR. PAUL NOAL, DR. JAY COWAN, THE
DOC'S HEPATITIS C COMMITTEE, SCI
FRACKVILLE'S MA KUREN, VISOR MS.
KURAS, CHDA MS. HOLLY and SHARON
SELBI; RN any and all individuals or entities
responsible for my HEALTH CARE and/or
DOC MEDICAL POLICIES,

    Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL
## TO UNITED STATES DISTRICT COURT

PLEASE TAKE NOTICE that the undersigned have, on this date, filed a Notice for

Removal of this action in the United States District Court, Middle District of Pennsylvania. A

true and correct copy of the Notice of Removal is attached and served with this notice.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: _____
    Samuel H. Foreman, Esquire
    Meghan K. Adkins, Esquire
    Attorney for Defendants
    Jay Cowan and Carl Keldie

Date: __February 13, 2018__

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF FILING NOTICE OF REMOVAL**

**TO UNITED STATES DISTRICT COURT** was served via United States mail, first class,

postage prepaid, this 13th day of February, 2018, on the following:

> Wlliam D. Turner, AM5992
> SCI-Frackville
> 1111 Altamount Blvd
> Frackville, PA 17932
>
> Daniel J. Gallagher
> Deputy Attorney General
> Office of the Attorney General
> Civil Litigation Section
> 15th Fl., Strawberry Square
> Harrisburg, PA 17120

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

BY: _____
Samuel H. Foreman
Meghan K. Adkin
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

WILIAM D. TURNER,

     Plaintiff,

     vs.

JOHN E. WETZEL, SECRETARY OF
CORRECTIONS; CORRECTION
CARE SOLUTION, CARL KELDIE,
JOSEP SILVA (DEPARTMENT OF
CORRECTIONS HEALTH CARE
SERVICE DIRECTOR), DR. PAUL
NOAL, DR. JAY COWAN, THE
DOC'S HEPATITIS C COMMITTEE,
SCI FRACKVILLE'S MA KUREN,
VISOR MS. KURAS, CHDA MS.
HOLLY and SHARON SELBI; RN any
and all individuals or entities
responsible for my HEALTH CARE
and/or DOC MEDICAL POLICIES,

     Defendants.

***FILED ELECTRONICALLY***

CIV. ACTION NO.

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1331, §1441 and §1446, Petitioners, Carl Keldie and

Dr. Jay Cowan, petition this Court to remove this action from the Court of

Common Pleas of Schuylkill County, Pennsylvania, to the United States District

Court for the Middle District of Pennsylvania and in support thereof aver as

follows:

**State Court Action**

1.     This action for removal is currently before the Court of Common Pleas of Schuylkill County, Pennsylvania, styled as <u>William D. Turner v. John E. Wetzel, et al.,</u> Case No. S-89-18

2.     Plaintiff initiated the instant civil rights lawsuit *pro se* on January 19, 2018 with the filing of his Complaint.

**Parties**

3.     Plaintiff in this case is William D. Turner, an inmate currently incarcerated within the Pennsylvania Department of Corrections at State Correctional Institution at Frackville  ("S.C.I.-Frackville") under inmate number AM-5992.

4.     Defendants, Carl Keldie and Dr. Jay Cowan, are alleged to have been involved in and/or responsible for healthcare services provided to inmates incarcerated at S.C.I.-Rockview.   Defendants have not been properly served with the Complaint, however the undersigned Counsel intends to accept the Complaint on Defendants' behalf.   Defendants first became aware of the Complaint on or about February 9, 2018.

5.    Plaintiff's Complaint, filed in the Court of Common Pleas of Schuylkill County, Pennsylvania, on January 19, 2018 is attached hereto as Exhibit "A".

6.    Plaintiff asserts that the instant matter is a civil rights action pursuant to 42 U.S.C. § 1983 for violations of his rights under the Eighth Amendments to the United States Constitution. (See Plaintiff's Complaint, ¶ 21, 22)

7.    Plaintiff's lawsuit asserts deliberate indifference relating to the alleged refusal of treatment for Hepatitis-C and symptoms allegedly arising therefrom.

8.    This Court has original jurisdiction of this matter under federal question jurisdiction, pursuant to 28 U.S.C. §§ 1331, because Plaintiff's claims arise under the Constitution and laws of the United States. See 28 U.S.C. §1331.

9.    As such, pursuant to 28 U.S.C. § 1441(a), the instant action is removable to this Court on the basis of federal question jurisdiction, because "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

10.   This Notice of Removal is timely filed with this Court.

11.    In accordance with 28 U.S.C. §1446(a), all of the process and substantive pleadings filed in the action to date, along with a copy of the Civil Docket Sheet, are collectively attached to this notice as Exhibit "B".

12.    As required by 28 U.S.C. §1446(d), Defendants have filed a true and correct copy of this Notice of Removal with the Clerk of the Court of Common Pleas of  Schuylkill County, Pennsylvania. (A copy of the Notice of Filing the Notice of Removal is attached hereto as Exhibit "C").

13.    This Notice of Removal is being filed in the United States District for the Middle District of Pennsylvania, the District Court of the United States within which the state court action is pending, as required by 28 U.S.C. §§1441(a) and 1446(a).

14.    Accordingly, Defendants have satisfied all procedural requirements governing removal pursuant to 28 U.S.C. §§ 1441 and 1446, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

15.    By filing this Notice of Removal, Defendants Keldie and Cowan do not waive any defenses which may be available to them.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY:   /s/ Samuel H. Foreman
      Samuel H. Foreman, Esquire
      sforeman@wglaw.com

PA77096
WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Four PPG Place
5th Floor
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel H. Foreman, Esquire, hereby certify that on this date a true and correct copy of the foregoing **<u>NOTICE OF REMOVAL</u>** was sent by first class United States mail, postage prepaid, to the following:

William D. Turner, AM5992
SCI-Frackville
1111 Altamount Blvd
Frackville, PA  17932

Daniel J. Gallagher
Deputy Attorney General
Office of the Attorney General
Civil Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120

/S/ Samuel H. Foreman
Samuel H. Foreman, Esquire

Dated:            02/13/2018

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYLKILL

WILLIAM D. TURNER,
        PLAINTIFF.

                                                    :
        VS.                                         :   DEMAND FOR JURY
                                                    :   TRIAL
                                                    :
JOHN E. WETZEL, SECRETARY OF CORRECTIONS;           :
CORRECTION CARE SOLUTION, CARL KEENE, JOSEP         :
SILVA(DEPARTMENT OF CORRECTIONS HEALTH CARE         :
SERVICE DIRECTOR), DR. PAUL NOAL, DR. JAY COWAN,    :   S-89-18
THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE     :
'S MA KUREN, VISOR MS. KURAS, CHDA MS. HOLLY and    :
SHARON SELBI; RN any and all individuals or         :
entities responsible for my HEALTH CARE and/or      :
DOC MEDICAL POLICIES.                               :
            DEFENDANTS.                             :

                    NOTICE TO DEFEND

    Purusant to Rule 8f C.P.; 1018.1 (b):

    You have been sued in Court. If you wish to defend against
the claims set forth in the following pages, you must at once
take action within twenty(20)days after this complaint., and
notice are served. By entering a written appearance personally
or by attorney and filing in writing with the Court your issue
of defense or objections to the claims set forth against you.;
you are warned that if you fail to do so the case my proceed.,
without you, and a judgment may be entered against you by the
Court WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE ISSUE
of the complaint or for ANY OTHER CLAIM or RELIEF REQUESTED by
the Plaintiff. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS,
important to you.

        YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.
    IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE
    OFFICE SET FORTH BELOW. THIS OFFICE PROVIDES LEGAL
    HELP.

                        Public Defenders, Suite  7
                        420 N. Centre Street
                        Pottsville, 17901
                        (570) 628-1570.



EXHIBIT
A

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYIKILL


WILLIAM D. TURNER,
      PLAINTIFF.

                              :

      VS.                          :

                              :      CIVIL ACTION

JOHN E. WETZEL, SECRETARY
OF CORRECTIONS; CORRECTION CARE
SOLUTION, CARL KEDDIE, JOSEP SILVA   :      DEMAND FOR JURY
(DEPARTMENT OF CORRECTIONS HEALTH        TRIAL
CARE SERVICE DIRECTOR), DR. PAUL
NOAL, DR. JAY COWAN, THE DOC'S
HEPATITIS C COMMITTEE, SCI FRACKIVLLE'S  :
MA KUREN, VISOR MS. KURAS, CHDA MS.    :    NO.
HOLLY and SHARON SELBI; RN any and all
individuals or entities responsible for      :
my HEALTH CARE and/or DOC MEDICAL
POLICIES, JANE AND JOHN DOE.           :
           DEFENDANTS.


CIVIL ACTION


TO. THE HONORBALE JUDGES OF THIS SAID COURT IN THE CAPTION.
    THE HONORABLE JUDGES:


   Now cometh  William D. Turner , the Plaintiff.; stated

in the caption and presents:


JURISDICTION.

    1.    This is a civil action authorized by the State

Pennsylvania Rules of Civil Procedure. Rule 1001 and other

civil rules. Which gives this Court jurisdiction. to hear

this case that seeks declaratory relief, injunction relief

and compensation.


II. PLAINTIFF.

(1)

2.     Plaintiff William D. Turner, is presently house at SCI Frackville, 1111 Altamount Blvd, Frackville PA. 17932 who at all times mention herein a prisoner of the Pennsylvania State Department of Corrections.

### III. DEFENDANTS.

3.     Defendant John E. Wetzel, Secretary of Corrections is being sued once becoming aware of Turner.;' serious medical needs when grievances are filed such as on August 16, 2017; [1] which denied Plaintiff Turner, treatment for Hepatitis C, and Arthritis., that was diagnose, by medical, yet denied.; [all] because of cost. Who can be contact at 1920 Technology Parkway Mechanicsburg, PA 17050; being sued in his individual as well as official capacities, concerning policies.

4.     Defendant Carl Keldie relating to Correction Care Solution who makes decisions on protocol for treatment is being sued for disregarding what was diagnose; and its cause as well as its effect without treatment, all because of cost. That can be contact at 1920 Technology Parkway, Mechanicsburg PA. 17050 being sued in his individual and official capacities.

5.     Defendant Josep Silva also (CCS) Correction Care Solution that makes those proctocol decisions for treatment is being sued once disregarding what was diagnoses all because of cost. Who can be contacted at 1920 Technology Mechanicsburg, PA. 17050; sued in his individual and official capacities.

6.     Defendant Dr. Paul Noal concerning Department of Correction Health Care Service Director; is being sued by not addressing what was stated in the grievance on ongoing health

(2)

problems without treatment where Plaintiff is presently suffering from ~~again~~ that burns with other problems. Who can be contacted at 1920 Technology Parkway, Mechanicsburg PA. 17050, sued in his individual and official capacities on pain and suffering.

7.      Defendant Dr Jay Cowan another DOC HCSD, is being sued for not addressing what was filed in the grievance, also relying on cost to deny treatment disregarding pain and suffering that can be located at 1920 Technology Parkway, Mechanicsburg PA. 17050. Being sued in their individual and official capacities again concerning pain and suffering.

8.      Defendant Dr MA Kuren Department of Corrections ~~Hepatitis~~ C Committee, SCI Frackville, is being sued because of knowing what Plaintiff Turner was going through., yet allowed cost to deny treatment as well as disregarding other medical.; needs. Who is located at SCI Frackville, 1111 Altamount Blvd., Frackville PA 17932; being sued in their individual as well as in official capacities, on pain and suffering.

9.      Defendant Visor Ms. Kuras DOC HCC, of Frackville., is being sued that set in on these decisions who had knowledge relating to Plaintiff's medical needs yet let cost denied the treatment. Also located at SCI Frackville, 1111 Altamount Blvd Frackville PA 17932, being sued in her individual as well as i in official capacities, on pain and suffering.

10.     Defendant CHDA Ms. Holly, DOC HCC, of Frackville, is being sued that set in on these decisions when it comes to cost and denying treatment. Located at SCI Frackville, 1111 Altamount Blvd, Frackville PA 17932; being sued individual and official capacities, on pain and suffering.

(3)

11.     Defendant Rn Sharon Selbi, of SCI Frackville, is being sued that also set in on these issues which was diagnose concerning Hep-C and arthritis..That is located at Frackville, 1111 Altamount Blvd, Frackville, PA 17932, being sued in their individual and official capacities, on pain and suffering.

12.     Defendants John/Jane Doe., responsible for [ any] DOC's policies on treatment.

13.     All Defendants have acted under th[e] color [of] State and Federal Laws during the time[s] relevant to this act /complaint.


IV. FACTS

14.     Plaintiff Turner filed a grievance on August 16, 2017; relating to a continual refusal by the DOC Department of Corrections, to treat Plaintiff's HEPATITIS C.

15.     This is causing Plaintiff Turner ongoing health problems such as: cirrhosis, concentration, memory issues also chronic fatigue, skin rash with other concerns.

16.     Where no Defendant., stated in their Final decision., of December 5, 2017; there was tests taken to address [t]hose medical concerns elaborated above. Only concluded by the Bureau of Health Care Services; that medical care provided, was reasonable and appropriate.

17.     Disregarding Plaintiff, present state relating to a rash which is one of the symptom told to Turner by [an]other inmate with hep-C. Where wash up cause the skin to burn, and while perspiring he also suffer, not to mention no meds. for that or arthritis.

(4)

18.     And with no medical justification on why Turner.; could not receive treatment for Hep-C; when Harvoni, has a 99 percentage cure rate.

19.     Where Hepatitis C, infection cause cirrhosis and irreversible scarring of the liver, proving each day with out treatment increases the likelihood of cirrhosis and death.

20.     These wanton negligence, reckless and negligence acts by the Defendants from paragraph 3to11, who denied Turner treatment just because of cost relating to Hepatitis C, and arthritis; has place Plaintiff.; in harms way when it comes to the Eighth Amendment on what is diagnose.

## V. CLAIMS

### FIRST CAUSE OF ACTIONS

21.     The actions of the Defendants stated in paragraph 14to20; concerning wanton negligence, reckless and negligence; has violated due process and equal protection of the law, also the Eighth Amendment.

        a) denied treatment for no medical
        reasons and
        b) just because of cost on what has
        been diagnose

### SECOND CAUSE OF ACTIONS

22.     The wanton negligence, reckless, negligence, and disregard for the Eighth Amendment by the Defendants state[d] in this complaint at paragraph 14to20., has place Plaintiff.; in harms way of pain, suffering, cirrhosis and death.

        a) denied treatment contrary to the
        law and
        b) overlooking Turner's suffering.

23.      The actions of the Defendants stated in paragraph 3 through 20 violated Federal and State Law.

## VI. RELIEF

WHEREFORE, Plaintiff Turner request this Honorable Court., to grant the following relief:

A.      Issue a declaratory judgment that the Defendants.; violated the United States Constitution and State Law when they :

    1) denied treatment for hep-C without
    no medical justification only cost
    2) disregard what was diagnose
    3) not testing for cirrhosis
    4) follow the Law concerning treatment
    for Hepatitis C

B.      Issue an injunction ordering that Defendants, or their agents.

    1) refrain from denying treatment for Hep-C
    2) refrain from disregarding what was diagnose
    3) refrain from not treating arthritis
    4) refrain from not following the law relating
    to treatment of hepatitis C

C.      Grant compansatory damages in the following amount:

    1) 10.000 or more against Defendant Wetzel
    2) 10.000 or more against Defendant Silva
    3) 10.000 or more against Defendant Keldie
    4) 10.000 or more against Defendant Noal
    5) 10.000 or more against Defendant Cowan
    6) 10.000 or more against Defendant Kuren
    7) 10.000 or more against Defendant Kuras
    8) 10.000 or more against Defendant Holly
    9) 10.000 or more against Defendant Selbi
    10) 10.000 or more against John/Jane Doe

D.      Grant puntive damage of 100.000 against each of the Defendants.

E.      Grant such other relief as it may appear Plaintiff is entited.

(6)

VII. CONCLUSION

Respectfully submitted

William D. Turner
AM 5992
1111 Altamount Blvd
Frackville, PA 17932

Date. 1.11.18

(7)

# Civil Case: S-89-2018

| Action | COMPLAINT IN CIVIL ACTION LAW |
|---|---|
| Received | 01/19/2018 @ 11:10AM |

| Initial Cost | 0.00 |
|---|---|

| Filings | 10 |
|---|---|
| Plaintiffs | 1 |
| Defendants | 11 |

| Paid | |
|---|---|
| Plaintiff | 0.00 |
| Defendant | 0.00 |
| Office | 0.00 |
| Total | 0.00 |

| Plaintiffs | Defendants |
|---|---|
| TURNER,WILLIAM D | WETZEL,JOHN E<br>KELDIE,CARL<br>SILVA,JOSEP<br>NOAL,PAUL DR.<br>COWAN,JAY DR.<br>KUREN,MA DR.<br>KURAS,VISOR<br>CHDA,HOLLY<br>SELBI RN,SHARON<br>DOE,JOHN<br>DOE,JANE |

| Filings | | | | |
|---|---|---|---|---|
| Date | Filing | Filed By | Cost | To |
| 02/01/2018 | SHERIFF'S SERVICE-SEE FILE | SHF 75.80 | | |
| 01/26/2018 | ORDER OF COURT/COPIES MAILED | RUSSELL,JACQUELINE L | | |
| 01/26/2018 | ORDER GRANTING IN FORMA PAUPERIS | RUSSELL,JACQUELINE L | | |
| 01/25/2018 | PRAECIPE | TURNER,WILLIAM D | | |
| 01/23/2018 | CERTIFICATE OF MERIT | TURNER,WILLIAM D | | |
| 01/19/2018 | T & E | PLAINTIFFS | | PLAINTIFF |
| 01/19/2018 | STATE TAX (.50) | PLAINTIFFS | | PLAINTIFF |
| 01/19/2018 | COMPUTER FUND | PLAINTIFFS | | PLAINTIFF |
| 01/19/2018 | AUTOMATION FUND | PLAINTIFFS | | PLAINTIFF |
| 01/19/2018 | APPLICATION TO PROCEED IN FORMA PAUPERIS | TURNER,WILLIAM D | | |

Top

| Sheriff Services Information |
|---|

**EXHIBIT B**

| **Service Id:** **91234** | Date Receive: 01/26/2018  Return Date: 02/01/2018  Total Cost: 75.80 | Type Of Service:  CIVIL ACTION | ShfCaseNum:  Deputized From:  State Service For:  PENNSYLVANIA |
|---|---|---|---|
| **SERVING on** **01/30/2018 08:03** | 1111 ALTAMONT BLVD FRACKVILLE | | |
| DR. MA KUREN | Completed: **Yes** | Who Served: JEN NEWBERRY Relation: | |
| VISOR KURAS | Completed: **Yes** | Who Served: JEN NEWBERRY Relation: PERSON IN CHARGE | |
| HOLLY CHDA | Completed: **Yes** | Who Served: JEN NEWBERRY Relation: | |
| SHARON SELBI RN | Completed: **Yes** | Who Served: JEN NEWBERRY Relation: | |

**Copyright © 2018 [ County of Schuylkill ]. All rights reserved.**
**Revised: June 28, 2016**
**E-mail any comments or corrections to Webmaster**

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYLKILL

WILLIAM D. TURNER,
   PLAINTIFF.

        :

VS.       :  CERTIFICATE OF MERIT

        :  CIVIL ACTION

        :  NO. S-8

JOHN E. WETZEL, ET AL. :
    DEFENDANTS.

CERTIFICATE OF MERIT

  I, William D. Turner, filed this certificate of merit concerning the complaint on what was diagnose, where the Defendants deviated from an acceptable professional standard by disregarding care and the law on such.[1]

         Respectfully submitted

         William D. Turner AM5992
         Pro-se
         SCI Frackville
         1111 Altamount Blvd
         Frackville, PA 17932

Date. 1.18 18 .
   1. warranting no other opinion.

## VERIFICATION

I, verify that I'am the Plaintiff as designated in the civil action and that the facts and statement contained in this Complaint and Certificate of Merit are true as well as correct to the best of Plaintiff knowledge. Also understand by and that any false statements are made is subject to the penalties of 18 Pa. C.S.§ 4904, relating to unsworn falsification to authorities.

(s) *William D. Turner*

William D. Turner
AM 5992
1111 Altamount Blvd
Frackville, PA 17932

Date. *1.18 18*

## IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

WILLIAM D. TURNER
_____
Plaintiff

No. S-89-18

vs.

JOHN E. WETZEL, ET AL.
_____
Defendant

### PRAECIPE FOR CERTIFICATION – PROTHONOTARY FORM 205.2(b)

TO PROTHONOTARY: Transmit the attached filing to the Court Administrator for Assignment to a Judge. The nature of the filing and requested action is as follows:

____XXX____    Jury Trial – (Complete Certificate of Readiness; pay $107 Filing Fee)

**Notice:**    *In matters requiring a non-jury trial or hearing opposing party is required to submit a report in WRITING to the Court Administrator within 10 days, (1) listing the names of the witnesses they will use at hearing; and (2) an estimate of time required to present their case.*

_____    Non-Jury Trial (Pursuant to Pa.R.C.P.1038)
Any matter dispositive of the case e.g.:
☐ Equity Actions; ☐ MDJ Appeals; ☐ Ejectment actions;
☐ Name Change Actions; ☐ Contract Action; ☐ Replevin; ☐ Mandamus
☐ Tax Appeals: ☐ Ready for Trial or ☐ Issues Pending
        If Tax Appeal is not trial ready - How much time is required to be ready for trial? _____
☐ Other _____(specify)

I estimate it will require _____ hours to present the plaintiff's/defendant's case and I will present only the following witnesses for testimony:

PROTHONOTARY          Fax 5706281261          Feb 12 2018 01:11pm P006/017

Hearing required/requested: Reason for Hearing: _____
☐ Special Relief; ☐ Contempt Petition; ☐ Preliminary Injunctions;
☐ Discovery Hearing;
☐ Other _____ (specify)

I estimate it will require _____ hours to present the plaintiff's/defendant's case and I will present only the following witnesses for testimony:

## Failure to provide the witness list and time requirement may preclude witnesses from testifying.

_____ Petition pursuant to Pa.R.C.P. 206.1 requesting ☐ Issuance of Rule to Show Cause;
☐ Transfer to Court for disposition, no answer having been filed;
☐ Transfer to Court for disposition, contested matter and fact finding complete or unnecessary;
☐ Other _____ (specify)

_____ Issue that can be decided on the record and briefs, being: ☐ Gov't Appeal;
☐ Exceptions; ☐ Judgment on the Pleadings; ☐ Summary Judgement;
☐ Other _____ (specify)

_____ Issue that can be assigned for immediate action, being: ☐ Stipulation;
☐ Uncontested Motion; ☐ Motion for Appointment; ☐ Quiet Title Motion;
☐ Other _____ (specify)

_____ Contested Motion (Memo attached), being: ☐ Discovery Motion;
☐ Other _____ (specify)

_____ ☐ Transmit to Custody Officer. Reason: _____
(If hearing is required, complete the time and witness portion of this form).

PRO_SE _William D. Turner_
Attorney for

Date: _1.20.18_

For Defendant: JOHN E. WETZEL, ET AL.

For Plaintiff: WILLIAM D. TURNER

Revised: 2/26/16

Page 1 of 2   Schuylkill County Government   PROTHONOTARY   Fax 5706281261   Feb 12 2018 01:11pm P007/017

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY—CIVIL ACTION-LAW

WILLIAM D. TURNER,      : No. S-89-18
         Plaintiff      :
                :
     vs.      :
                :
JOHN E. WETZEL, et al.,      :
         Defendants      :

## ORDER OF COURT

RUSSELL, J.

     AND NOW, this ___ day of January, 2018, it is hereby ORDERED Plaintiff

may proceed in forma pauperis and proceed without payment of costs as provided by

law. However, he shall inform the Court of any change in his financial condition.

                 BY THE COURT,

                 _Russell_ J.

Wed Jan 31 2018 01:36PM                                                    PAGE: 11



SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

** AFFIDAVIT OF RETURN **

PLAINTIFF:  TURNER,WILLIAM D              COURT NUMBER   : S-89-2018
                 V S                     FILED BY       :
DEFENDANT:  WETZEL,JOHN E ET AL          TYPE OF PAPER  : CIVIL ACTION
                                         SERVING NUMBER : 91234
ATTORNEY:                                PRO FILE DATE  : 01/26/2018
                                         EXPIRATION     : 03/28/2018
                                         SHF RECEIVED   : 01/26/2018
                                         DEP RETURNED   : 02/01/2018

(PEOPLE TO BE SERVED)

|             | NAME           | ADDRESS 1            | ADDRESS 2          | CITY          | ST | ZIP   | DEPUTY     |
|-------------|----------------|----------------------|--------------------|---------------|----|-------|------------|
|             | WETZEL,JOHN E  | SECRETARY OF CORRECT  | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | KELDIE,CARL    | CORRECTION CARE SOLU  | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | SILVA,JOSEP    | CORRECTION CARE SOLU  | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | NOAL,PAUL DR.  | DEPT OF CORRECTION M  | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | COWAN,JAY DR.  | 1920 TECHNOLOGY PARK  |                    | MECHANICSBURG | PA | 17050 | COUNTY, O |
| Service for | KUREN,MA DR.   | SCI FRACKVILLE        | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |
|             | KURAS,VISOR    | SCI FRACKVILLE        | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |
|             | CHEA,NOLLY     | SCI FRACKVILLE        | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |
|             | SSLBI RN,SHARON| SCI FRACKVILLE        | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |

(ATTEMPTS AT SERVICE)

| SEQ | DATE       | TIME  | SERVED TO    | ADDRESS 1          | ADDRESS 2 | CITY       | ST | ZIP   | FEE | COST  |
|-----|------------|-------|--------------|--------------------|-----------|------------|----|-------|-----|-------|
| 1   | 01/30/2018 | 08:03 | JEN NEWBERRY | 1111 ALTAMONT BLVD |           | FRACKVILLE | PA | 17931 | 40  | 21.80 |

* REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                                        Total :        21.80

                                     Total Fee Charge for all Services :   21.80

Wed Jan 31, 2018 01:36PM                                                                    PAGE: 12

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

** A F F I D A V I T   O F   R E T U R N **

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

JEN NEWBERRY ()                              ON
1111 ALTAMONT BLVD                           01/30/2018
FRACKVILLE PA                                at 08.53

SWORN and subscribed before me this _____          SO ANSWERS

day of ___February___  2018                            Jennifer Morgan
                                                          (Deputy Sheriff)

                                                        Joseph A Groody
                    (Prothonotary)                      (Sheriff of Schuylkill County)

End - of - Return   (S-89-2018)

Page 3 of 10   Schuylkill County Government   PROTHONOTARY   Fax 5706281261   Feb 12 2018 01:12pm   P010/017

Wed Jan 11, 2018 01:38PM                                                                              PAGE: 13

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

**  A F F I D A V I T   O F   R E T U R N  **

PLAINTIFF:    TURNER,WILLIAM O              COURT NUMBER   : S-59-2018
              V S                           FILED BY       :
DEFENDANT:    WETZEL,JOHN E ET AL           TYPE OF PAPER  : CIVIL ACTION
                                            SERVING NUMBER : 91236
ATTORNEY:     | _____     PRO FILE DATE  : 01/26/2018
              | _____     EXPIRATION     : 02/25/2018
              | _____     SHF RECEIVED   : 01/26/2018
              | _____     DSP RETURNED   : 02/01/2018
              |

-------------------------------------------------------------------------------------------------------

(P E O P L E   T O   B E   S E R V E D)

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|------|-----------|-----------|------|----|----|--------|
| WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| COHAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17080 | COUNTY, O |
| KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

Service for (left margin)

(A T T E M P T S   A T   S E R V I C E)

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FSE | COST |
|-----|------|------|-----------|-----------|-----------|------|----|----|-----|------|
| 1 | 01/30/2018 | 08:03 | JEN NEWBERRY | 1111 ALTAMONT BLVD | | FRACKVILLE | PA | 17931 | | 0.00 |

* REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                                                        Total :       0.00

                                            Total Fee Charge for all Services :      21.80

Wed Jan 31, 2018 01:36PM                                                        PAGE: 14

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

** A F F I D A V I T  O F  R E T U R N **

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

JEN NEWBERRY (PERSON IN CHARGE)                 ON
1111 ALTAMONT BLVD                              01/30/2018
FRACKVILLE PA                                   at 08:03

SWORN and subscribed before me this 5              SO ANSWERS

day of _Fabruary_ 2018_                         _Jennifer Morgan_
                                                        (Deputy Sheriff)

                                                _Joseph G. Groody_
_____(Prothonotary)_____                         (Sheriff of Schuylkill County)

End - of - Return  (5-29-2018)

Wed Jan 31, 2018 01:36PM                                                                                PAGE: 1a

                                           SHERIFF'S DEPARTMENT
                                           OF SCHUYLKILL COUNTY
                                       SCHUYLKILL COUNTY COURT HOUSE
                                        POTTSVILLE, PENNSYLVANIA 17901
                                              (570) 622-5370

                                    ** A F F I D A V I T   O F   R E T U R N **

PLAINTIFF:   TURNER,WILLIAM D                    COURT NUMBER   : S-89-2018
                        V S                      FILED BY       :
DEFENDANT:   WETZEL,JOHN E ET AL                 TYPE OF PAPER  : CIVIL ACTION
                                                 SERVING NUMBER : 91934
ATTORNEY:    |_____               PRO FILE DATE  : 01/26/2018
             |_____               EXPIRATION     : 02/25/2018
             |_____               SHF RECEIVED   : 01/26/2018
             |_____               DEP RETURNED   : 02/01/2018
             |

------------------------------------------------------------------------------------------------------

                              (P E O P L E   T O   B E   S E R V E D:

        NAME               ADDRESS 1            ADDRESS 2          CITY            ST  ZIP    DEPUTY
        ----------------   -----------------    ----------------   ------------    --  -----  -------------
        WETZEL,JOHN E      SECRETARY OF CORRECT 1920 TECHNOLOGY PARK  MECHANICSBURG  PA  17050  COUNTY, O
        KELDIE,CARL        CORRECTION CARE SOLU 1920 TECHNOLOGY PARK  MECHANICSBURG  PA  17050  COUNTY, O
        SILVA,JOSEP        CORRECTION CARE SOLU 1920 TECHNOLOGY PARK  MECHANICSBURG  PA  17050  COUNTY, O
        NOAL,PAUL DR.      DEPT OF CORRECTION M 1920 TECHNOLOGY PARK  MECHANICSBURG  PA  17050  COUNTY, O
        COMAN,JAY DR.      1920 TECHNOLOGY PARK                       MECHANICSBURG  PA  17050  COUNTY, O
        KUREN,MA DR.       SCI FRACKVILLE       1111 ALTAMONT BLVD    FRACKVILLE     PA  17932  MORGAN, J
        KURAS,VISOR        SCI FRACKVILLE       1111 ALTAMONT BLVD    FRACKVILLE     PA  17932  MORGAN, J
Service for CHEDA,HOLLY    SCI FRACKVILLE       1111 ALTAMONT BLVD    FRACKVILLE     PA  17932  MORGAN, J
        SELBI RN,SHARON    SCI FRACKVILLE       1111 ALTAMONT BLVD    FRACKVILLE     PA  17932  MORGAN, J


                                    (A T T E M P T S   A T   S E R V I C E)

SEQ   DATE        TIME   SERVED TO           ADDRESS 1            ADDRESS 2       CITY          ST  ZIP    FEE     COST
---   ----------  -----  ----------------    ----------------     ------------    -----------   --  -----  -----   ----------
1     01/30/2018  08:03  JEN NEWBERRY        1111 ALTAMONT BLVD                   FRACKVILLE    PA  17931          0.00
        * REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                                                                          ---------------
                                                                          Total :                0.00

                                                  Total Fee Charge for all Services :           21.60

PROTHONOTARY          Fax 5706281261          Feb 12 2018 01:13pm  P013/017

Page 8  of  10      Schuylkill County Government

Wed Jan 31, 2018 01:36PM                                                                          PAGE: 16

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 628-9670

**  A F F I D A V I T   O F   R E T U R N  **

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

JEN NEWBERRY (:                              ON
1111 ALTAMONT BLVD                           01/30/2018
FRACKVILLE PA                                at 08:03

SWORN and subscribed before me this ____5____          SC ANSWERS

day of ___Fibruary___, 2018

_____
(Prothonotary)                                _____
                                              (Deputy Sheriff)

                                              _____
                                              (Sheriff of Schuylkill County)

End - of - Return  (5-89-2018)

Wed Jan 31, 2018 01:36PM

PAGE: 17

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5370

** A F F I D A V I T   O F   R E T U R N **

PLAINTIFF:  TURNER,WILLIAM O
                                        COURT NUMBER   : S-89-2018
            V S
                                        FILED BY       :
DEFENDANT:  WETZEL,JOHN E ET AL
                                        TYPE OF PAPER  : CIVIL ACTION
                                        SERVING NUMBER : 91234
ATTORNEY:   |_____
            |                            PRO FILE DATE  : 01/26/2018
            |_____
            |                            EXPIRATION     : 02/25/2018
            |_____
            |                            SHF RECEIVED   : 01/26/2018
            |_____
            |                            DEF RETURNED   : 02/01/2018

.............................................................................

(P E O P L E   T O   B E   S E R V E D)

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|------|-----------|-----------|------|----|----|--------|
| | | | | | | |
| WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| COMAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| Service for  SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

(A T T E M P T S   A T   S E R V I C E)

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FEE | COST |
|-----|------|------|-----------|-----------|-----------|------|----|----|-----|------|
| 1 | 01/30/2018 | 08:03 | JEN NEWBERRY | 1111 ALTAMONT BLVD | | FRACKVILLE | PA | 17931 | | 0.00 |

* REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                        Total :          0.00

                        Total Fee Charge for all Services :      21.89

Wed Jan 31, 2018 01:36PM                                                        PAGE: 18

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

\*\* A F F I D A V I T   O F   R E T U R N \*\*

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

| | |
|---|---|
| JEN NEWBERRY (); | ON |
| 1111 ALTAMONT BLVD | 01/30/2018 |
| FRACKVILLE PA | at 08,03 |

SWORN and subscribed before me this ___5___

SO ANSWERS

day of ___February___ 2018

_____
(Deputy Sheriff)

_____
(Prothonotary)

_____
(Sheriff of Schuylkill County)

End - of - Return  (5-85-2018)

Wed Jan 31, 2018 01:36PM                                                          PAGE: 19

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* * A F F I D A V I T   O F   R E T U R N * *

S E R V I C E   R E T U R N   C O M M E N T S

1. IN FORMA PAUPERIS FILED

C O S T S   I N F O R M A T I O N

| DESCRIPTION | PAYMENTS | CHARGES | BALANCE |
| --- | --- | --- | --- |
| R D & R | | 9.00 | -9.00 |
| SERVICE | | 9.00 | -18.00 |
| ATTESTING | | 36.00 | -54.00 |
| SERVICE FEE | | 21.80 | -75.80 |
| | | Cost of Service : | 75.80 |
| | | County Charge : | 75.80 |

C O U N T Y   C H A R G E

End - of - Return  (3-89-2018)

```
------------------------------------------------------------
        C O U N T Y   C H A R G E
    O F F I C E   O F   T H E   S H E R I F F
      O F   S C H U Y L K I L L   C O U N T Y


                              DATE : 02/01/2018

Case Ref  : S-89-2018
Service ID: 91234
Type      : CIVIL ACTION

Defendant:  JOHN E WETZEL
Address 1 : SECRETARY OF CORRECTIONS
Address 2 : 1920 TECHNOLOGY PARKWAY
City      : MECHANICSBURG

Cost of Service :        75.80
County Charge   :        75.80

------------------------------------------------------------
```

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYIKILL.

WILLIAM D. TURNER,
     PLAINTIFF.

     VS.

JOHN E. WETZEL, SECRETARY OF CORRECTIONS;
CORRECTION CARE SOLUTION, CARL KEINE,JOSEP
SILVA(DEPARTMENT OF CORRECTIONS HEALTH CARE
SERVICE DIRECTOR), DR. PAUL NOAL,DR. JAY COWAN,
THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE
'S MA KUREN,VISOR MS. KURAS, CHDA MS. HOLLY and
SHARON SELBI; RN any and all individuals or
entities responsible for my HEALTH CARE and/or
DOC MEDICAL POLICIES.
     DEFENDANTS.

:
:  **DEMAND FOR JURY TRIAL**
:
:
:  S-89-18
:
:
:
:
:

NOTICE TO DEFEND

Purusant to Rule of C.P.; 1018.1 (b):

    You have been sued in Court. If you wish to defend against
the claims set forth in the following pages, you must at once
take action within twenty(20)days after this complaint., and
notice are served. By entering a written appearance personally
or by attorney and filing in writing with the Court your issue
of defense or objections to the claims set forth against you.;
you are warned that if you fail to do so the case my proceed.,
without you, and a judgment may be entered against you by the
Court WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE ISSUE
of the complaint or for ANY OTHER CLAIM or RELIEF REQUESTED by
the Plaintiff. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS,
important to you.

     YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.
IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE
OFFICE SET FORTH BELOW. THIS OFFICE PROVIDES LEGAL
HELP.

             Public Defenders, Suite  7
             420 N. Centre Street
             Pottsville, 17901
             (570) 628-1570.

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYIKILL


WILLIAM D. TURNER,
       PLAINTIFF.


       VS.                       :


JOHN E. WETZEL, SECRETARY          CIVIL ACTION
OF CORRECTIONS; CORRECTION CARE
SOLUTION, CARL KEDDE; JOSEP SILVA  :  DEMAND FOR JURY
(DEPARTMENT OF CORRECTIONS HEALTH     TRIAL
CARE SERVICE DIRECTOR), DR. PAUL
NOAL, DR. JAY COWAN, THE DOC'S
HEPATITIS C COMMITTEE, SCI FRACKIVLLE'S
MA KUREN, VISOR MS. KURAS, CHDA MS.   :  NO.
HOLLY and SHARON SELBI; RN any and all
individuals or entities responsible for
my HEALTH CARE and/or DOC MEDICAL
POLICIES, JANE AND JOHN DOE.
            DEFENDANTS.


## CIVIL ACTION


TO. THE HONORBALE JUDGES OF THIS SAID COURT IN THE CAPTION.
THE HONORABLE JUDGES:


  Now cometh  William D. Turner , the Plaintiff.; stated

in the caption and presents:


## JURISDICTION.

1.    This is a civil action authorized by the State

Pennsylvania Rules of Civil Procedure. Rule 1001 and other

civil rules. Which gives this Court jurisdiction. to hear

this case that seeks declaratory relief, injunction relief

and compensation.


II. PLAINTIFF.

(1)

2.     Plaintiff William D. Turner, is presently house
at SCI Frackville, 1111 Altamount Blvd, Frackville PA. 17932
who at all times mention herein a prisoner of the Pennsylvania
State Department of Corrections.

### III. DEFENDANTS.

3.     Defendant John E. Wetzel, Secretary of Corrections
is being sued once becoming aware of Turner.;' serious medical
needs when grievances are filed such as on August 16, 2017; all
which denied Plaintiff Turner, treatment for Hepatitis C, and
Arthritis., that was diagnoses by medical, yet denied.; [all]
because of cost. Who can be contact at 1920 Technology Parkway
Mechanicsburg, PA 17050; being sued in his individual as well
as official capacities, concerning policies.

4.     Defendant Carl Keldie relating to Correction Care
Solution who makes decisions on protocol for treatment is being
sued for disregarding what was diagnose; and its cause as well
as its effect without treatment, all because of cost. That can
be contact at 1920 Technology Parkway, Mechanicsburg PA. 17050
being sued in his individual and official capacities.

5.     Defendant Josep Silva also (CCS) Correction Care
Solution that makes those proctocol decisions for treatment is
being sued once disregarding what was diagnoses all because of
cost. Who can be contacted at 1920 Technology Mechanicsburg, PA. 17050.; b
sued in his individual and official capacities.

6.     Defendant Dr. Paul Noal concerning Department of
Correction Health Care Service Director; is being sued by not
addressing what was stated in the grievance on ongoing health

(2)

problems without treatment where Plaintiff is presently suffering
from arash that burns with other problems. Who can be contacted
at 1920 Technology Parkway, Mechanicsburg PA. 17050, sued in
his individual and official capacities on pain and suffering.

7.      Defendant Dr Jay Cowan another DOC HCSD, is being
sued for not addressing what was filed in the grievance, also
relying on cost to deny treatment disregarding pain and suffering
that can be located at 1920 Technology Parkway, Mechanicsburg
PA. 17050. Being sued in their individual and official capacities
again concerning pain and suffering.

8.      Defendant Dr MA Kuren Department of Corrections
Hepatitis C Committee, SCI Frackville, is being sued because of
knowing what Plaintiff Turner was going through, yet allowed
cost to deny treatment as well as disregarding other medical.
needs. Who is located at SCI Frackville, 1111 Altamount Blvd.,
Frackville PA 17932; being sued in their individual as well as
in official capacities, on pain and suffering.

9.      Defendant Visor Ms. Kuras DOC HCC, of Frackville.,
is being sued that set in on these decisions who had knowledge
relating to Plaintiff's medical needs yet let cost denied the
treatment. Also located at SCI Frackville, 1111 Altamount Blvd
Frackville PA 17932, being sued in her individual as well as
in official capacities, on pain and suffering.

10.     Defendant CHDA Ms. Holly, DOC HCC, of Frackville,
is being sued that set in on these decisions when it comes to
cost and denying treatment. Located at SCI Frackville, 1111
Altamount Blvd, Frackville PA 17932; being sued individual and
official capacities, on pain and suffering.

(3)

11.     Defendant Rn Sharon Selbi, of SCI Frackville, is being sued that also set in on these issues which was diagnose concerning Hep-C and arthritis. That is located at Frackville, 1111 Altamount Blvd, Frackville, PA 17932, being sued in their individual and official capacities, on pain and suffering.

12.     Defendants John/Jane Doe., responsible for [any] DOC's policies on treatment.

13.     All Defendants have acted under th[e] color [of] State and Federal Laws during the time[s] relevant to this act /complaint.

### IV. FACTS

14.     Plaintiff Turner filed a grievance on August 16, 2017; relating to a continual refusal by the DOC Department of Corrections, to treat Plaintiff's HEPATITIS C.

15.     This is causing Plaintiff Turner ongoing health problems such as: cirrhosis, concentration, memory issues also chronic fatigue, skin rash with other concerns.

16.     Where no Defendant., stated in their Final decision., of December 5, 2017; there was tests taken to address [t]hose medical concerns elaborated above. Only concluded by the Bureau of Health Care Services; that medical care provided, was reasonable and appropriate.

17.     Disregarding Plaintiff, present state relating to a rash which is one of the symptom told to Turner by [an]other inmate with hep-C. Where wash up cause the skin to burn, and while perspiring he also suffer, not to mention no meds. for that or arthritis.

(4)

18.     And with no medical justification on why Turner.; could not receive treatment for Hep-C; when Harvoni, has a 99 percentage cure rate.

19.     Where Hepatitis C, infection cause cirrhosis and irreversible scarring of the liver, proving each day with out treatment increases the likelihood of cirrhosis and death.

20.     These wanton negligence, reckless and negligence acts by the Defendants from paragraph 3to11, who denied Turner treatment just because of cost relating to Hepatitis C, and arthritis; has place Plaintiff.; in harms way when it comes to the Eighth Amendment on what is diagnose.

### V. CLAIMS

### FIRST CAUSE OF ACTIONS

21.     The actions of the Defendants stated in paragraph 14to20; concerning wanton negligence, reckless and negligence; has violated due process and equal protection of the law, also the Eighth Amendment.

> a) denied treatment for no medical reasons and
> b) just because of cost on what has been diagnose

### SECOND CAUSE OF ACTIONS

22.
22.     The wanton negligence, reckless, negligence, and disregard for the Eighth Amendment by the Defendants state[d] in this complaint at paragraph 14to20., has place Plaintiff.; in harms way of pain, suffering, cirrhosis and death.

> a) denied treatment contrary to the law and
> b) overlooking Turner's suffering.

(5)

23.      The actions of the Defendants stated in paragraph 3 through 20 violated Federal and State Law.

## VI. RELIEF

WHEREFORE, Plaintiff Turner request this Honorable Court., to grant the following relief:

A.      Issue a declaratory judgment that the Defendants.; violated the United States Constitution and State Law when they :

> 1) denied treatment for hep-C without no medical justification only cost
> 2) disregard what was diagnose
> 3) not testing for cirrhosis
> 4) follow the Law concerning treatment for Hepatitis C

B.      Issue an injunction ordering that Defendants, or their agents.

> 1) refrain from denying treatment for Hep-C
> 2) refrain from disregarding what was diagnose
> 3) refrain from not treating arthritis
> 4) refrain from not following the law relating to treatment of hepatitis C

C.      Grant compansatory damages in the following amount:

> 1) 10.000 or more against Defendant Wetzel
> 2) 10.000 or more against Defendant Silva
> 3) 10.000 or more against Defendant Keldie
> 4) 10.000 or more against Defendant Noal
> 5) 10.000 or more against Defendant Cowan
> 6) 10.000 or more against Defendant Kuren
> 7) 10.000 or more against Defendant Kuras
> 8) 10.000 or more against Defendant Holly
> 9) 10.000 or more against Defendant Selbi
> 10) 10.000 or more against John/Jane Doe

D.      Grant puntive damage of 100.000 against each of the Defendants.

E.      Grant such other relief as it may appear Plaintiff is entitled.

## VII. CONCLUSION

Respectfully submitted

William D. Turner
AM 5992
1111 Altamount Blvd
Frackville, PA 17932

Date. _1. 12. 18_

(7)

## IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

WILLIAM D. TURNER,      :
             :
  Plaintiff,       : CIVIL DIVISION
             :
v.            : Case No.: S-89-18
             :
JOHN E. WETZEL, SECRETARY OF :
CORRECTIONS; CORRECTION CARE :
SOLUTION, CARL KELDIE, JOSEP SILVA : **NOTICE OF FILING NOTICE OF**
(DEPARTMENT OF CORRECTIONS : **REMOVAL TO UNITED STATES**
HEALTH CARE SERVICE DIRECTOR), : **DISTRICT COURT**
DR. PAUL NOAL, DR. JAY COWAN, THE :
DOC'S HEPATITIS C COMMITTEE, SCI : Filed on behalf of Defendants
FRACKVILLE'S MA KUREN, VISOR MS. : Jay Cowan
KURAS, CHDA MS. HOLLY and SHARON : Carl Keldie
SELBI; RN any and all individuals or entities :
responsible for my HEALTH CARE and/or : Counsel of Record for this Party
DOC MEDICAL POLICIES,    :
            : Samuel H. Foreman
  Defendant.      : PA I.D. 77096
             :
             : WEBER GALLAGHER SIMPSON
             : STAPLETON FIRES & NEWBY LLP
             : Firm #594
             : Four PPG Place
             : 5th Floor
             : Pittsburgh, PA 15222
             : Phone: (412) 281-4541
             : Fax: (412) 281-4547



IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

WILLIAM D. TURNER,                        :
                                          :
        Plaintiff,                        :    CIVIL DIVISION
                                          :
v.                                        :    Case No.:  S-89-18
                                          :
JOHN E. WETZEL, SECRETARY OF              :
CORRECTIONS; CORRECTION CARE              :
SOLUTION, CARL KELDIE, JOSEP SILVA        :
(DEPARTMENT OF CORRECTIONS                :
HEALTH CARE SERVICE DIRECTOR),
DR. PAUL NOAL, DR. JAY COWAN, THE
DOC'S HEPATITIS C COMMITTEE, SCI
FRACKVILLE'S MA KUREN, VISOR MS.
KURAS, CHDA MS. HOLLY and SHARON
SELBI; RN any and all individuals or entities
responsible for my HEALTH CARE and/or
DOC MEDICAL POLICIES,

        Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL
## TO UNITED STATES DISTRICT COURT

PLEASE TAKE NOTICE that the undersigned have, on this date, filed a Notice for

Removal of this action in the United States District Court, Middle District of Pennsylvania.  A

true and correct copy of the Notice of Removal is attached and served with this notice.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

By: _____

        Samuel H. Foreman, Esquire
        Meghan K. Adkins, Esquire
        Attorney for Defendants
        Jay Cowan and Carl Keldie

Date:   February 13, 2018

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF FILING NOTICE OF REMOVAL**

**TO UNITED STATES DISTRICT COURT** was served via United States mail, first class,

postage prepaid, this 13th day of February, 2018, on the following:

Wlliam D. Turner, AM5992
SCI-Frackville
1111 Altamount Blvd
Frackville, PA  17932

Daniel J. Gallagher
Deputy Attorney General
Office of the Attorney General
Civil Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

BY: _____
Samuel H. Foreman
Meghan K. Adkin
Attorneys for Defendants

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CIVIL ACTION-LAW

WILLIAM D. TURNER,        : No.  S-89-18
          Plaintiff        :
                           :
      vs.                  :
                           :
JOHN E. WETZEL, et al.,       :
          Defendants   :

## **ORDER OF COURT**

RUSSELL, J.

     AND NOW, this _____day of January, 2018, it is hereby ORDERED Plaintiff

may proceed in forma pauperis and proceed without payment of costs as provided by

law.  However, he shall inform the Court of any change in his financial condition.

                       BY THE COURT,

                       _____ J.

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

WILLIAM D. TURNER
_____
        Plaintiff

     vs.

JOHN E. WETZEL, ET AL.
_____
       Defendant

No. _____S-89-18_____

## PRAECIPE FOR CERTIFICATION – PROTHONOTARY FORM 205.2(b)

TO PROTHONOTARY: Transmit the attached filing to the Court Administrator for Assignment to a Judge. The nature of the filing and requested action is as follows:

  __XXX__    Jury Trial – (Complete Certificate of Readiness; pay $107 Filing Fee)

    *Notice:*    ***In matters requiring a non-jury trial or hearing opposing party is required to submit a report in WRITING to the Court Administrator within 10 days, (1) listing the names of the witnesses they will use at hearing; and (2) an estimate of time required to present their case.***

  _____    Non-Jury Trial (Pursuant to Pa.R.C.P.1038)
        Any matter dispositive of the case e.g.:
        ☐ Equity Actions; ☐ MDJ Appeals; ☐ Ejectment actions;
        ☐ Name Change Actions; ☐ Contract Action; ☐ Replevin; ☐ Mandamus
        ☐ Tax Appeals: ☐ Ready for Trial or ☐ Issues Pending
          If Tax Appeal is not trial ready - How much time is required to be ready for trial? _____
        ☐ Other _____ (specify)

I estimate it will require _____ hours to present the plaintiff's/defendant's case and I will present only the following witnesses for testimony:

Hearing required/requested: Reason for Hearing: _____

☐ Special Relief, ☐ Contempt Petition; ☐ Preliminary Injunctions;

☐ Discovery Hearing;

☐ Other_____ (specify)

I estimate it will require _____ hours to present the plaintiff's/defendant's case and I will present only the following witnesses for testimony:

## Failure to provide the witness list and time requirement may preclude witnesses from testifying.

Petition pursuant to Pa.R.C.P. 206.1 requesting ☐ Issuance of Rule to Show Cause;

☐ Transfer to Court for disposition, no answer having been filed;

☐ Transfer to Court for disposition, contested matter and fact finding complete or unnecessary;

☐ Other _____ (specify)

Issue that can be decided on the record and briefs, being: ☐ Gov't Appeal;

☐ Exceptions; ☐ Judgment on the Pleadings; ☐ Summary Judgement;

☐ Other _____ (specify)

Issue that can be assigned for immediate action, being: ☐ Stipulation;

☐ Uncontested Motion; ☐ Motion for Appointment; ☐ Quiet Title Motion;

☐ Other _____ (specify)

Contested Motion (Memo attached), being: ☐ Discovery Motion;

☐ Other _____ (specify)

☐ Transmit to Custody Officer. Reason: _____

(If hearing is required, complete the time and witness portion of this form).

PRO_SE *William D. Turner*

Attorney for

Date: _____ 1.20.18 _____

For Defendant: JOHN E. WETZEL, ET AL. _____

For Plaintiff: WILLIAM D. TURNER _____

Revised: 2/26/16

# COUNTY OF SCHUYLKILL
## OFFICE OF THE PROTHONOTARY

DAVID J. DUTCAVICH, PROTHONOTARY
JOHN FEKETY, FIRST DEPUTY
DEBORAH A. CONWAY, SECOND DEPUTY
ERIC PROCK, SOLICITOR



401 North Second Street
Pottsville, PA  17901-2520
E-Mail: prothy@co.schuylkill.pa.us
Telephone:  570-628-1270
In Schuylkill County: 668-5944 Ext. 1270
695-2156 Ext. 1270
874-4058 Ext. 1270
Facsimile: 570-628-1261

Date: _1/18/18_

Docket: _S-84-18_

To _William Tinker_ :

Your filing in the above-mentioned matter is deficient for the following reason(s):

1. Incorrect Fee.          Fee Required: $_____
Documents are not accepted without correct filing fee. Your documents are enclosed.
**Action Required:**  Please re-submit documents with correct fee.
NOTE: A current Fee Schedule is available at the office or online at:
http://co.schuylkill.pa.us/Offices/Prothonotary/Fee%20Schedule_Compact2015.pdf

____ 2. Attorney ID Number Incomplete: _____
**Action Required:** Enter your ID Number above and fax back to our office.
Please ensure that your Attorney ID Number appears on future filings.

____ 3. The above-mentioned matter has been filed; however, the matter cannot be transmitted to the court without the filing of a Praecipe.
**Action Required:** A copy of the Praecipe (205.2(b)) is enclosed.  Please complete and return for filing and transmittal to the court.

____ 4. Original documents have not been received from the Schuylkill County Sheriff.
**Action Required:**  Please contact Schuylkill County Sheriff at 570-628-1440.

____ 5. The above-mentioned matter has been filed; however, the matter cannot be transmitted to the court without the filing of a *Mortgage Foreclosure Diversion Program Certification of Participation* Cover Sheet. (Administrative Order 2011.3)
**Action Required:**  A copy of the Cover Sheet is enclosed.  Please complete and return for filing and transmittal to the court.

____ 6. Other: _Please fill out the Praecipe to get your_
**Action Required:** ____IFP _____ to the courts____

NOTE:  Please return a copy of this notice with your correspondence.  If you require a return receipt and/or certificate to be mailed, include a SELF-ADDRESSED ENVELOPE WITH POSTAGE.  In lieu of mailing, receipts/certificates can also be requested and picked up at our office.



IN THE COURT OF COMMON PLEAS

~~SCHUYIKILL~~   COUNTY, PENNSYLVANIA

WILIIAM D. TURNER,          :    CIVIL ACTION
          PLAINTIFF.        :
                            :    No.  S-89-18
     V.                     :
                            :
                            :
JOHN E. WETZEL, ET AL.,     :
          DEFENDANTS.       :

### IN FORMA PAUPERIS STATEMENT

I, <u>William D. Turner</u>, state under penalties provided by 18 PA.C.S.A. § 4904 (un-sworn falsification to authorities) that:

1. I am the petitioner in the above-entitled action.
2. I have read the foregoing petition and know the contents and the same are true to my own knowledge, except those matters stated to be alleged about persons other than myself, and, those matters I believe to be true.
3. This statement I made to inform the court of my status of indigence.
4. I am not presently employed other than by virtue of low paying prison wages.
5. I have not received recently any income from a business, profession, or other form of employment, or in the form of rent payments, interest, dividends, pensions, annuities, social security benefits, support payments or other resources.
6. I do not own any real estate, stocks, bonds or notes.
7. I do not own any cash or checking or savings account.
8. There is no one dependent upon me for financial support, due to my incarceration.

I understand that a false statement of fact, pertaining to my ability to prepay costs in this statement will subject me to penalties for perjury.

Dated: 1.17.18                    _William D. Turner_

1

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYlKILL

WILLIAM D. TURNER,
      PLAINTIFF.            :

                              :

                              :

        VS.                 :         PRAECIPE TO FILE
                                    AND SERVE DEFENDANTS

                              :

JOHN E. WETZEL, ET AL,       :
        DEFENDANTS.

## PRAECIPE TO FILE AND SERVE DEFENDANTS

    This is a Praecipe to file complaint and serve the Defendants accordingly to the Pennsylvania Rule of Court relating to the Rules of Civil Procedure. 205.1

                        Respectfully submitted

                        *William D. Turner*
                        William D. Turner
                        AM 5992
                        1111 Altamount Blvd
                        Frackville, PA 17932

Date.  1, 17, 18 .

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYLKILL

WILLIAM D. TURNER,
        PLAINTIFF.

        VS.
                        :  DEMAND FOR JURY
                        :  TRIAL

JOHN E. WETZEL, SECRETARY OF CORRECTIONS;
CORRECTION CARE SOLUTION, CARL KEDDE, JOSEP
SILVA(DEPARTMENT OF CORRECTIONS HEALTH CARE
SERVICE DIRECTOR), DR. PAUL NOAL, DR. JAY COWAN,
THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE
'S MA KUREN, VISOR MS. KURAS, CHDA MS. HOLLY and
SHARON SELBI; RN any and all individuals or
entities responsible for my HEALTH CARE and/or
DOC MEDICAL POLICIES.
             DEFENDANTS.

## NOTICE TO DEFEND

Purusant to Rule of C.P.; 1018.1 (b):

   You have been sued in Court. If you wish to defend against
the claims set forth in the following pages, you must at once
take action within twenty(20)days after this complaint., and
notice are served. By entering a written appearance personally
or by attorney and filing in writing with the Court your issue
of defense or objections to the claims set forth against you.;
you are warned that if you fail to do so the case my proceed.,
without you, and a judgment may be entered against you by the
Court WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE ISSUE
of the complaint or for ANY OTHER CLAIM or RELIEF REQUESTED by
the Plaintiff. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS,
important to you.

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.
      IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE
      OFFICE SET FORTH BELOW. THIS OFFICE PROVIDES LEGAL
      HELP.

              Public Defenders, Suite  7
              420 N. Centre Street
              Pottsville, 17901
              (570) 628-1570.

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYIKILL

WILLIAM D. TURNER,
　　　　　PLAINTIFF.

　　　　　　　　　　　　　　　　　　　　　：

　　　VS.　　　　　　　　　　　　　　　　：

　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION
JOHN E. WETZEL, SECRETARY　　　　　　：
OF CORRECTIONS; CORRECTION CARE
SOLUTION, CARL KELDIE, JOSEP SILVA　：　DEMAND FOR JURY
(DEPARTMENT OF CORRECTIONS HEALTH　　　TRIAL
CARE SERVICE DIRECTOR), DR. PAUL　　：
NOAL, DR. JAY COWAN, THE DOC'S
HEPATITIS C COMMITTEE, SCI FRACKIVLLE'S　：
MA KUREN, VISOR MS. KURAS, CHDA MS.　　：　NO.
HOLLY and SHARON SELBI; RN any and all
individuals or entities responsible for　：
my HEALTH CARE and/or DOC MEDICAL
POLICIES, JANE AND JOHN DOE.　　　　　：
　　　　　　　DEFENDANTS.　　　　　　　　：

S-89-18


CIVIL ACTION


TO. THE HONORBALE JUDGES OF THIS SAID COURT IN THE CAPTION.
　　THE HONORABLE JUDGES:

　　Now cometh　William D. Turner　, the Plaintiff.; stated

in the caption and presents:

JURISDICTION.

　　1.　　This is a civil action authorized by the State

Pennsylvania Rules of Civil Procedure. Rule 1001 and other

civil rules. Which gives this Court jurisdiction., to hear

this case that seeks declaratory relief, injunction relief

and compensation.


II. PLAINTIFF.

(1)

2.     Plaintiff William D. Turner, is presently house at SCI Frackville, 1111 Altamount Blvd, Frackville PA. 17932 who at all times mention herein a prisoner of the Pennsylvania State Department of Corrections.

### III. DEFENDANTS.

3.     Defendant John E. Wetzell, Secretary of Corrections is being sued once becoming aware of Turner.;' serious medical needs when grievances are filed such as on August 16, 2017; [i] which denied Plaintiff Turner, treatment for Hepatitis C, and Arthritis., that was diagnose; by medical, yet denied.; [all] because of cost. Who can be contact at 1920 Technology Parkway Mechanicsburg, PA 17050; being sued in his individual as well as official capacities, concerning policies.

4.     Defendant Carl Keldie relating to Correction Care Solution who makes decisions on protocol for treatment is being sued for disregarding what was diagnose, and its cause as well as its effect without treatment, all because of cost. That can be contact at 1920 Technology Parkway, Mechanicsburg PA. 17050 being sued in his individual and official capacities.

5.     Defendant Josep Silva also (CCS) Correction Care Solution that makes those proctocol decisions for treatment is being sued once disregarding what was diagnose all because of cost. Who can be contacted at 1920 Technology Mechanicsburg, PA. 17050.; ' sued in his individual and official capacities.

6.     Defendant Dr Paul Noal concerning Department of Correction Health Care Service Director; is being sued by not addressing what was stated in the grievance on ongoing health

(2)

problems without treatment where Plaintiff is presently suffering from a rash that burns with other problems. Who can be contacted at 1920 Technology Parkway, Mechanicsburg PA. 17050, sued in his individual and official capacities on pain and suffering.

7.     Defendant Dr Jay Cowan another DOC HCSD, is being sued for not addressing what was filed in the grievance, also relying on cost to deny treatment disregarding pain and suffering that can be located at 1920 Technology Parkway, Mechanicsburg PA. 17050. Being sued in their individual and official capacities again concerning pain and suffering.

8.     Defendant Dr MA Kuren Department of Corrections Hepatitis C Committee, SCI Frackville, is being sued because of knowing what Plaintiff Turner was going through., yet allowed cost to deny treatment as well as disregarding other medical.; needs. Who is located at SCI Frackville, 1111 Altamount Blvd., Frackville PA 17932; being sued in their individual as well as in official capacities, on pain and suffering.

9.     Defendant Visor Ms. Kuras DOC HCC, of Frackville., is being sued that set in on these decisions who had knowledge relating to Plaintiff's medical needs yet let cost denied the treatment. Also located at SCI Frackville, 1111 Altamount Blvd Frackville PA 17932, being sued in her individual as well as in official capacities, on pain and suffering.

10.     Defendant CHDA Ms. Holly, DOC HCC, of Frackville., is being sued that set in on these decisions when it comes to cost and denying treatment. Located at SCI Frackville, 1111 Altamount Blvd, Frackville PA 17932; being sued individual and official capacities, on pain and suffering.

(3)

11.      Defendant Rn Sharon Selbi, of SCI Frackville, is
being sued that also set in on these issues which was diagnose
concerning Hep-C and arthritis. That is located at Frackville,
1111 Altamount Blvd, Frackville, PA 17932, being sued in their
individual and official capacities, on pain and suffering.

12.      Defendants John/Jane Doe., responsible for [ any]
DOC's policies on treatment.

13.      All Defendants have acted under th[e] color [of]
State and Federal Laws during the time[s] relevant to this act
/complaint.


IV. FACTS


14.      Plaintiff Turner filed a grievance on August 16,
2017; relating to a continual refusal by the DOC Department
of Corrections, to treat Plaintiff's HEPATITIS **C**.

15.      This is causing Plaintiff Turner ongoing health
problems such as: cirrhosis, concentration, memory issues also
chronic fatigue, skin rash with other concerns.

16.      Where no Defendant., stated in their Final decision.,
of December 5, 2017; there was tests taken to address [t]those
medical concerns elaborated above. Only concluded by the Bureau
of Health Care Services; that medical care provided, was reasonable and
appropriate.

17.      · Disregarding Plaintiff, present state relating to
a rash which is one of the symptom told to Turner by [an]other
inmate with hep-C. Where wash up cause the skin to burn, and
while perspiring he also suffer, not to mention no meds., for
that or arthritis.

                    (4)

18.     And with no medical justification on why Turner.; could not receive treatment for Hep-C; when Harvoni, has a 99 percentage cure rate.

19.     Where Hepatitis C, infection cause cirrhosis and irreversible scarring of the liver, proving each day with out treatment increases the likelihood of cirrhosis and death.

20.     These wanton negligence, reckless and negligence acts by the Defendants from paragraph 3to11, who denied Turner treatment just because of cost relating to Hepatitis C, and arthritis; has place Plaintiff.; in harms way when it comes to the Eighth Amendment on what is diagnose.

## V. CLAIMS

### FIRST CAUSE OF ACTIONS

21.     The actions of the Defendants stated in paragraph 14to20; concerning wanton negligence, reckless and negligence, has violated due process and equal protection of the law, also the Eighth Amendment.

> a) denied treatment for no medical reasons and
> b) just because of cost on what has been diagnose

### SECOND CAUSE OF ACTIONS

22.     The wanton negligence, reckless, negligence, and disregard for the Eighth Amendment by the Defendants state[d] in this complaint at paragraph 14to20., has place Plaintiff.; in harms way of pain, suffering, cirrhosis and death.

> a) denied treatment contrary to the law and
> b) overlooking Turner's suffering.

(5)

23.      The actions of the Defendants stated in paragraph 3 through 20 violated Federal and State Law.

## VI. RELIEF

WHEREFORE, Plaintiff Turner request this Honorable Court., to grant the following relief:

A.      Issue a declaratory judgment that the Defendants.; violated the United States Constitution and State Law when they :

> 1) denied treatment for hep-C without no medical justification only cost
> 2) disregard what was diagnose
> 3) not testing for cirrhosis
> 4) follow the Law concerning treatment for Hepatitis C

B.      Issue an injunction ordering that Defendants, or their agents.

> 1) refrain from denying treatment for Hep-C
> 2) refrain from disregarding what was diagnose
> 3) refrain from not treating arthritis
> 4) refrain from not following the law relating to treatment of hepatitis C

C.      Grant compansatory damages in the following amount:

> 1) 10.000 or more against Defendant Wetzel
> 2) 10.000 or more against Defendant Silva
> 3) 10.000 or more against Defendant Keldie
> 4) 10.000 or more against Defendant Noal
> 5) 10.000 or more against Defendant Cowan
> 6) 10.000 or more against Defendant Kuren
> 7) 10.000 or more against Defendant Kuras
> 8) 10.000 or more against Defendant Holly
> 9) 10.000 or more against Defendant Selbi
> 10) 10.000 or more against John/Jane Doe

D.      Grant puntive damage of 100.000 against each of the Defendants.

E.      Grant such other relief as it may appear Plaintiff is entitled.

(6)

## VII. CONCLUSION

Respectfully submitted

William D. Turner
AM 5992
1111 Altamount Blvd
Frackville, PA 17932

Date. 1/11/18

(7)

IN THE COMMON PLEAS COURT OF PENNSYLVANIA
COUNTY OF SCHUYIKILL



WILLIAM D. TURNER,
      PLAINTIFF.

         :

      VS.           :      CERTIFICATE OF MERIT

         :

         :      CIVIL ACTION

JOHN E. WETZEL, ET AL.    :      NO. S-8?
      DEFENDANTS.

CERTIFICATE OF MERIT

   I, William D. Turner ., filed this certificate of merit concerning the complaint on what was diagnose, where the Defendants deviated from an acceptable professional standard by disregarding care and the law on such.[1].

                       Respectfully submitted

                       William D. Turner
                       William D. Turner AM5992
                       Pro-se
                       SCI Frackville
                       1111 Altamount Blvd
                       Frackville, PA 17932

Date. 1. 18 18 .

   1. warranting no other opinion.

<u>**VERIFICATION**</u>

I, verify that I'am the Plaintiff as designated in the civil action and that the facts and statement contained in this Complaint and Certificate of Merit are true as well as correct to the best of Plaintiff knowledge. Also understand by and that any false statements are made is subject to the penalties of 18 Pa. C.S.§ 4904, relating to unsworn falsification to authorities.

(s) *William D. Turner*
William D. Turner
AM 5992
1111 Altamount Blvd
Frackville, PA 17932

Date. *1. 18 18* .

Mon Mar 12, 2018 02:52PM                                                                 PAGE: 1

                              SHERIFF'S DEPARTMENT
                              OF SCHUYLKILL COUNTY
                          SCHUYLKILL COUNTY COURT HOUSE
                          POTTSVILLE, PENNSYLVANIA 17901
                                (570) 622-5570


                     * *   A F F I D A V I T   O F   R E T U R N   * *

PLAINTIFF:    TURNER,WILLIAM D                    COURT NUMBER  : S-89-2018
                     V S                          FILED BY      :
DEFENDANT:    WETZEL,JOHN E ET AL                 TYPE OF PAPER : CIVIL ACTION
                                                  SERVING NUMBER : 91234
ATTORNEY:     | _____          PRO FILE DATE : 01/26/2018
              | _____          EXPIRATION    : 02/25/2018
              | _____          SHF RECEIVED  : 01/26/2018
              | _____          DEP RETURNED  : 02/01/2018
              |
-----------------------------------------------------------------------------------------

                        (P E O P L E   T O   B E   S E R V E D)

             NAME                  ADDRESS 1            ADDRESS 2          CITY                  ST  ZIP    DEPUTY
             ------------------    ------------------   ------------------ ------------------    --  -----  ------------------
Service for  WETZEL,JOHN E         SECRETARY OF CORRECT 1920 TECHNOLOGY PARK MECHANICSBURG      PA  17050  COUNTY, O
             KELDIE,CARL           CORRECTION CARE SOLU 1920 TECHNOLOGY PARK MECHANICSBURG      PA  17050  COUNTY, O
             SILVA,JOSEP           CORRECTION CARE SOLU 1920 TECHNOLOGY PARK MECHANICSBURG      PA  17050  COUNTY, O
             NOAL,PAUL DR.         DEPT OF CORRECTION H 1920 TECHNOLOGY PARK MECHANICSBURG      PA  17050  COUNTY, O
             COWAN,JAY DR.         1920 TECHNOLOGY PARK                    MECHANICSBURG        PA  17050  COUNTY, O
             KUREN,MA DR.          SCI FRACKVILLE       1111 ALTAMONT BLVD  FRACKVILLE          PA  17932  MORGAN, J
             KURAS,VISOR           SCI FRACKVILLE       1111 ALTAMONT BLVD  FRACKVILLE          PA  17932  MORGAN, J
             CHDA,HOLLY            SCI FRACKVILLE       1111 ALTAMONT BLVD  FRACKVILLE          PA  17932  MORGAN, J
             SELBI RN,SHARON       SCI FRACKVILLE       1111 ALTAMONT BLVD  FRACKVILLE          PA  17932  MORGAN, J


                        (A T T E M P T S   A T   S E R V I C E)

SEQ  DATE        TIME    SERVED TO             ADDRESS 1           ADDRESS 2       CITY            ST ZIP    FEE      COST
---  ----------  -----   -------------------   ------------------- --------------- --------------- -- -----  -----  ------------
1    02/05/2018  11:33   DEB BRYAN             1920 TECHNOLOGY PARK                MECHANICSBURG   PA                   0.00
          * REMARKS : SERVICE MADE BY DEPUTY FROM OUT OF COUNTY


                                                                               ------------
                                                                    Total :          0.00


                                            Total Fee Charge for all Services :          0.00

Mon Mar 12, 2018 02:52PM                                                              PAGE: 2

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570


\* \* A F F I D A V I T   O F   R E T U R N   \* \*

------------------------------------------------------------------------------------------

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :


DEB BRYAN (CLERCIAL SUPERVISOR)                    ON
1920 TECHNOLOGY PARKWAY                            02/05/2018
MECHANICSBURG PA                                  at 11:33

------------------------------------------------------------------------------------------

SWORN and subscribed before me this                    SO ANSWERS

day of _____March_____2018_____              _____John F. Hayes_____
                                                            (Deputy Sheriff)

_____                  _____Joseph D. Groody_____
              (Prothonotary)                        (Sheriff of Schuylkill County)

------------------------------------------------------------------------------------------

End - of - Return  (S-89-2018)

Mon Mar 12, 2018 02:52PM                                                                    PAGE: 3

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* * A F F I D A V I T   O F   R E T U R N   * *

PLAINTIFF:  TURNER,WILLIAM D             COURT NUMBER   : S-89-2018
                    V S                  FILED BY       :
DEFENDANT:  WETZEL,JOHN E ET AL          TYPE OF PAPER  : CIVIL ACTION
                                         SERVING NUMBER : 91234
ATTORNEY:   | _____       PRO FILE DATE  : 01/26/2018
            | _____       EXPIRATION     : 02/25/2018
            | _____       SHF RECEIVED   : 01/26/2018
            | _____       DEP RETURNED   : 02/01/2018
            |
------------------------------------------------------------------------------------------

(P E O P L E   T O   B E   S E R V E D)

|             | NAME           | ADDRESS 1          | ADDRESS 2          | CITY          | ST | ZIP   | DEPUTY    |
|-------------|----------------|--------------------|--------------------|---------------|----|-------|-----------|
|             | WETZEL,JOHN E  | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| Service for | KELDIE,CARL    | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | SILVA,JOSEP    | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | NOAL,PAUL DR.  | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | COWAN,JAY DR.  | 1920 TECHNOLOGY PARK |                    | MECHANICSBURG | PA | 17050 | COUNTY, O |
|             | KUREN,MA DR.   | SCI FRACKVILLE     | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |
|             | KURAS,VISOR    | SCI FRACKVILLE     | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |
|             | CHDA,HOLLY     | SCI FRACKVILLE     | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |
|             | SELBI RN,SHARON | SCI FRACKVILLE    | 1111 ALTAMONT BLVD | FRACKVILLE    | PA | 17932 | MORGAN, J |

(A T T E M P T S   A T   S E R V I C E)

| SEQ | DATE       | TIME  | SERVED TO     | ADDRESS 1           | ADDRESS 2 | CITY          | ST | ZIP | FEE   | COST |
|-----|------------|-------|---------------|---------------------|-----------|---------------|----|-----|-------|------|
| 1   | 02/05/2018 | 11:33 | DIANE HINKLE  | 1920 TECHNOLOGY PARK |           | MECHANICSBURG | PA |     |       | 0.00 |

* REMARKS : SERVICE MADE BY DEPUTY FROM OUT OF COUNTY

                                                                          ------------
                                                        Total :              0.00

                                        Total Fee Charge for all Services :    0.00

Mon Mar 12, 2018 02:52PM

PAGE: 4

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570


* *  A F F I D A V I T   O F   R E T U R N   * *

--------------------------------------------------------------------------------

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :


DIANE HINKLE (OFFICE MANAGER)                    ON
1920 TECHNOLOGY PARKWAY                           02/05/2018
MECHANICSBURG PA                                 at 11:33

--------------------------------------------------------------------------------

SWORN and subscribed before me this _19___

                                                 SO ANSWERS

day of ___March___, 2018                         _John F. Hayes_____
                                                          (Deputy Sheriff)

_____                       _Joseph D. Groody_____
            (Prothonotary)                        (Sheriff of Schuylkill County)

--------------------------------------------------------------------------------

End - of - Return  (S-89-2018)

```
Mon Mar 12, 2018 02:52PM                                                          PAGE: 5

                               SHERIFF'S DEPARTMENT
                               OF SCHUYLKILL COUNTY
                           SCHUYLKILL COUNTY COURT HOUSE
                           POTTSVILLE, PENNSYLVANIA 17901
                                  (570) 622-5570


                     * *   A F F I D A V I T   O F   R E T U R N   * *


PLAINTIFF:    TURNER,WILLIAM D              COURT NUMBER   : S-89-2018
                        V S                FILED BY       :
DEFENDANT:    WETZEL,JOHN E ET AL          TYPE OF PAPER  : CIVIL ACTION
                                           SERVING NUMBER : 91234
ATTORNEY:     | _____      PRO FILE DATE  : 01/26/2018
              |                            EXPIRATION     : 02/25/2018
              | _____      SHF RECEIVED   : 01/26/2018
              | _____      DEP RETURNED   : 02/01/2018
              |
```

--------------------------------------------------------------------------------------------

### (P E O P L E   T O   B E   S E R V E D)

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|------|-----------|-----------|------|----|----|--------|
| WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| COWAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

Service for (rows SILVA,JOSEP through NOAL,PAUL DR.)

### (A T T E M P T S   A T   S E R V I C E)

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FEE | COST |
|-----|------|------|-----------|-----------|-----------|------|----|----|-----|------|
| 1 | 02/05/2018 | 11:33 | DEB BRYAN | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | | | 0.00 |

```
              * REMARKS : SERVICE MADE BY DEPUTY FROM OUT OF COUNTY


                                                          ------------
                                                Total :          0.00

                           Total Fee Charge for all Services :     0.00
```

Mon Mar 12, 2018 02:52PM                                                                                PAGE: 6

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570


* * A F F I D A V I T   O F   R E T U R N   * *

============================================================================================

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :


DEB BRYAN (CLERICAL SUPERVISOR)                          ON
1920 TECHNOLOGY PARKWAY                                  02/05/2018
MECHANICSBURG PA                                         at 11:33

============================================================================================

SWORN and subscribed before me this  19

SO ANSWERS

day of ___ march ___ 2018                               _John F. Hayes_

                                                        (Deputy Sheriff)

                                                        _Joseph D. Groody_

_____                                 _____
(Prothonotary)                                          (Sheriff of Schuylkill County)

============================================================================================

End - of - Return  (S-89-2018)

Mon Mar 12, 2018 02:52PM                                                                          PAGE: 7

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* *  A F F I D A V I T   O F   R E T U R N   * *

PLAINTIFF:   TURNER,WILLIAM D                    COURT NUMBER   : S-89-2018
                        V S                      FILED BY       :
DEFENDANT:   WETZEL,JOHN E ET AL                 TYPE OF PAPER  : CIVIL ACTION
             _____    SERVING NUMBER : 91234
ATTORNEY:    | _____          PRO FILE DATE  : 01/26/2018
             |                                   EXPIRATION     : 02/25/2018
             | _____          SHF RECEIVED   : 01/26/2018
             | _____          DEP RETURNED   : 02/01/2018
             |

-----------------------------------------------------------------------------------------------------

( P E O P L E   T O   B E   S E R V E D )

| | NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|---|---|---|---|---|---|---|---|
| | WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| Service for | NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | COWAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

( A T T E M P T S   A T   S E R V I C E )

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FEE | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/05/2018 | 11:33 | DEB BRYAN | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | | | 0.00 |
| | * REMARKS : SERVICE MADE BY DEPUTY FROM OUT OF COUNTY | | | | | | | | | |

                                                                        ------------
                                                          Total :              0.00

                                      Total Fee Charge for all Services :       0.00

Mon Mar 12, 2018 02:52PM

PAGE: 8

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* *  A F F I D A V I T   O F   R E T U R N   * *

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

DEB BRYAN (CLERCIAL SUPERVISOR)                    ON
1920 TECHNOLOGY PARKWAY                        02/05/2018
MECHANICSBURG PA                              at 11:33

SWORN and subscribed before me this ___19___

SO ANSWERS

_John F. Hayes_

day of ____march____2018____

(Deputy Sheriff)

_Joseph D. Grody_

_____                    _____
(Prothonotary)                          (Sheriff of Schuylkill County)

End - of - Return  (S-89-2018)

Mon Mar 12, 2018 02:52PM                                                                    PAGE: 9

```
                              SHERIFF'S DEPARTMENT
                              OF SCHUYLKILL COUNTY
                           SCHUYLKILL COUNTY COURT HOUSE
                           POTTSVILLE, PENNSYLVANIA 17901
                                  (570) 622-5570


                    * *  A F F I D A V I T   O F   R E T U R N  * *
```

PLAINTIFF:   TURNER,WILLIAM D              COURT NUMBER  : S-89-2018
                      V S                 FILED BY      :
DEFENDANT:   WETZEL,JOHN E ET AL          TYPE OF PAPER : CIVIL ACTION
                                          SERVING NUMBER : 91234
ATTORNEY:    |_____     PRO FILE DATE : 01/26/2018
             |                            EXPIRATION    : 02/25/2018
             |_____      SHF RECEIVED  : 01/26/2018
             |_____      DEP RETURNED  : 02/01/2018
             |

--------------------------------------------------------------------------------------------

                        (P E O P L E   T O   B E   S E R V E D)

| | NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|---|---|---|---|---|---|---|---|
| | WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| Service for | COWAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

                        (A T T E M P T S   A T   S E R V I C E)

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FEE | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/05/2018 | 11:33 | DEB BRYAN | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | | | 0.00 |
| | * REMARKS : SERVICE MADE BY DEPUTY FROM OUT OF COUNTY | | | | | | | | | |

```
                                                                      ------------
                                                     Total :              0.00

                                    Total Fee Charge for all Services :    0.00
```

Mon Mar 12, 2018 02:52PM

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* * A F F I D A V I T   O F   R E T U R N   * *

---

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

DEB BRYAN (CLERCIAL SUPERVISOR)                    ON
1920 TECHNOLOGY PARKWAY                            02/05/2018
MECHANICSBURG PA                                   at 11:33

---

SWORN and subscribed before me this 19

day of _____ March _____ 2018          SO ANSWERS

_____       _John F. Hayes_____
            (Prothonotary)                        (Deputy Sheriff)

                                        _____
                                        (Sheriff of Schuylkill County)

---

End - of - Return  (S-89-2018)

# SHERIFF'S OFFICE OF CUMBERLAND COUNTY

**Ronny R Anderson**
*Sheriff*

**Jody S Smith**
*Chief Deputy*

**Richard W Stewart**
*Solicitor*



William D. Turner
vs.
John E. Wetzel (et al.)

Case Number
S-89-2018

## SHERIFF'S RETURN OF SERVICE

02/05/2018   11:33 AM - Corporal  Dennis Fry, being duly sworn according to law, served the requested Complaint & Notice by handing  a true copy to a person representing themselves to be Deb Bryan, clerical supervisor, who accepted as "Adult Person in Charge" for John E. Wetzel at PA Department of Corrections, 1920 Technology Parkway, Hampden Township, Mechanicsburg, PA 17050.

DENNIS FRY, CORPORAL

02/05/2018   11:33 AM - Corporal  Dennis Fry, being duly sworn according to law, served the requested Complaint & Notice by handing  a true copy to a person representing themselves to be Deb Bryan, clerical supervisor, who accepted as "Adult Person in Charge" for Joseph Silva at Correction Care Solution, 1920 Technology Parkway, Hampden Township, Mechanicsburg, PA 17050.

DENNIS FRY, CORPORAL

02/05/2018   11:33 AM - Corporal  Dennis Fry, being duly sworn according to law, served the requested Complaint & Notice by handing  a true copy to a person representing themselves to be Deb Bryan, clerical supervisor, who accepted as "Adult Person in Charge" for Paul Noal at Dept of Correction Health Care, 1920 Technology Parkway, Hampden Township, Mechanicsburg, PA 17050.

DENNIS FRY, CORPORAL

02/05/2018   12:55 PM - Corporal  Dennis Fry, being duly sworn according to law, served the requested Complaint & Notice by handing  a true copy to a person representing themselves to be Diane Hinkle, Office manager, who accepted as "Adult Person in Charge" for Jay Cowan at 600 N 12th St, Lemoyne Borough, Lemoyne, PA 17043.

DENNIS FRY, CORPORAL

02/05/2018   12:55 PM - Corporal  Dennis Fry, being duly sworn according to law, served the requested Complaint & Notice by handing  a true copy to a person representing themselves to be Diane Hinkle, Office manager, who accepted as "Adult Person in Charge" for Carl Keldie at 600 N 12th St, Lemoyne Borough, Lemoyne, PA 17043.

DENNIS FRY, CORPORAL

SHERIFF COST: $0.00

SO ANSWERS,

RONNY R ANDERSON, SHERIFF

February 08, 2018

NOTARIAL SEAL
CLAUDI~ ~~KER, NOTARY PUBLIC
Carlisle Boro, Cumberland County
My Commission Expires April 4, 2021

**NOTARY**

Affirmed and subscribed to before me this

_22nd_ day of _Febrary_ , _2018_

(c) CountySuite Sheriff, Teleosoft, Inc.

SCHUYLKILL COUNTY SHERIFF'S DEPARTMENT

---

**SHERIFF SERVICE**
PROCESS RECEIPT AND AFFIDAVIT OF RETURN                  EXPIRATION DATE: 02/25/2018

---

TYPE OF SERVICE                          SERVICE ID            COURT NUMBER
CIVIL ACTION                             91234                 S-89-2018

---

PLAINTIFFS                               DEFENDANTS
WILLIAM D TURNER                         JOHN E WETZEL
                                         CARL KELDIE, et al

PERSON TO SERVE
---> JOSEP SILVA
     CORRECTION CARE SOLUTION 1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050

---

     Now, January 26, 2018, I, SHERIFF OF SCHUYLKILL COUNTY, PA do hereby deputize the Sheriff of CUMBERLAND
County, to execute this Writ and make return thereof according to the law.
This deputation being made at the request of the Plaintiff.
                                                          _____
                                                          Sheriff of Schuylkil County

---

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN
EXPEDITING SERVICE: ** SEND RETURN TO SCHUYLKILL SHERIFF **       | NOTE ONLY APPLICABLE ON WRIT OF EXECUTION:
                                                                 | N.B. WAIVER OF WATCHMEN:
                                                                 | Any deputy sheriff levying upon or attaching
                                                                 | any property under within writ may leave same
---                                                              | without a watchman, in custody of whomever is
ATTORNEY INFORMATION                                             | found in possession after notifying person
     COUNTY CHARGE                                               | of levy or attachment, without liability
                                                                 | on the part of such deputy or the sheriff to
                                                                 | any plaintiff herein for any loss, destruction
                                                                 | or removal of any such property before
                                                                 | sheriff's sale thereof.
                                                                 |

---

**SHERIFF'S SERVICE AND RETURN**

Served and made known to _____ Defendant(s)

on the _____ day of _____, _____ at _____ o'clock, AM/PM,

at _____ County of _____

Commonwealth of Pennsylvania, in the manner described below:
_____ Defendant(s) personally served
_____ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
_____ Adult in charge of Defendant's Residence.
_____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
_____ Agent or person in charge of Defendant's office or usual place of business
_____ Other _____

On the _____ day of _____, _____ at _____ o'clock, AM/PM.

Defendant not found because:
_____ Moved      _____ Unknown      _____ No Answer     _____ Vacant      _____ Other _____

Remarks:

Returned:

---

Affirmed and subscribed to before me this _____      |            **SO ANSWERS,**
                                                              | Signature of Deputy Sheriff      Date
day of _____, _____             |
                                                              | _____      _____
                                                              |
_____               | Signature of Sheriff            Date
                Notary Public                                 |
MY COMMISSION EXPIRES: _____                 | _____      _____

---

SCHUYLKILL COUNTY SHERIFF'S DEPARTMENT

---

**SHERIFF SERVICE**
PROCESS RECEIPT AND AFFIDAVIT OF RETURN

EXPIRATION DATE: 02/25/2018

---

| TYPE OF SERVICE | SERVICE ID | COURT NUMBER |
|---|---|---|
| CIVIL ACTION | 91234 | S-89-2018 |

---

| PLAINTIFFS | DEFENDANTS |
|---|---|
| WILLIAM D TURNER | JOHN E WETZEL |
| | CARL KELDIE, et al |

PERSON TO SERVE
---> CARL KELDIE
     CORRECTION CARE SOLUTION 1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050

---

    Now, January 26, 2018, I, SHERIFF OF SCHUYLKILL COUNTY, PA do hereby deputize the sheriff of CUMBERLAND County, to execute this Writ and make return thereof according to the law. This deputation being made at the request of the Plaintiff.

Sheriff of Schuylkill County

---

| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE: ** SEND RETURN TO SCHUYLKILL SHERIFF ** | NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMEN: Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof. |
|---|---|
| ATTORNEY INFORMATION<br>    COUNTY CHARGE | |

---

**SHERIFF'S SERVICE AND RETURN**

Served and made known to _____, Defendant(s)

on the _____ day of _____, _____ at _____ o'clock, AM/PM,

at _____ County of _____

Commonwealth of Pennsylvania, in the manner described below:
    ____ Defendant(s) personally served
    ____ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
    ____ Adult in charge of Defendant's Residence.
    ____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
    ____ Agent or person in charge of Defendant's office or usual place of business
    ____ Other _____

On the _____ day of _____, _____ at _____ o'clock, AM/PM.

Defendant not found because:
    ____ Moved    ____ Unknown    ____ No Answer    ____ Vacant    ____ Other _____

Remarks:

Returned:

---

| Affirmed and subscribed to before me this _____ <br><br> day of _____, _____ <br><br><br>_____<br>               Notary Public<br>MY COMMISSION EXPIRES: _____ | **SO ANSWERS,**<br>Signature of Deputy Sheriff   Date<br><br>_____  _____<br><br>Signature of Sheriff        Date<br><br>_____  _____ |
|---|---|

---

SCHUYLKILL COUNTY SHERIFF'S DEPARTMENT

---

**SHERIFF SERVICE**
PROCESS RECEIPT AND AFFIDAVIT OF RETURN

**EXPIRATION DATE:** 02/25/2018

---

| TYPE OF SERVICE | SERVICE ID | COURT NUMBER |
|---|---|---|
| CIVIL ACTION | 91234 | S-89-2018 |

---

| PLAINTIFFS | DEFENDANTS |
|---|---|
| WILLIAM D TURNER | JOHN E WETZEL |
| | CARL KELDIE, et al |

PERSON TO SERVE
---> **JOHN E WETZEL**
SECRETARY OF CORRECTIONS 1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050

---

   Now, January 26, 2018, I, SHERIFF OF SCHUYLKILL COUNTY, PA do hereby deputize the Sheriff of **CUMBERLAND**
County, to execute this Writ and make return thereof according to the law.
This deputation being made at the request of the Plaintiff.

Sheriff of Schuylkill County

---

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN
EXPEDITING SERVICE: ** SEND RETURN TO SCHUYLKILL SHERIFF **

---

ATTORNEY INFORMATION
      COUNTY CHARGE

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION:
N.B. WAIVER OF WATCHMEN:
Any deputy sheriff levying upon or attaching
any property under within writ may leave same
without a watchman, in custody of whomever is
found in possession after notifying person
of levy or attachment, without liability
on the part of such deputy or the sheriff to
any plaintiff herein for any loss, destruction
or removal of any such property before
sheriff's sale thereof.

---

SHERIFF'S SERVICE AND RETURN

Served and made known to _____ , Defendant(s)

on the _____ day of _____ , _____ at _____ o'clock, AM/PM,

at _____ County of _____

Commonwealth of Pennsylvania, in the manner described below:
_____ Defendant(s) personally served
_____ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
_____ Adult in charge of Defendant's Residence.
_____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
_____ Agent or person in charge of Defendant's office or usual place of business
_____ Other _____

On the _____ day of _____ , _____ at _____ o'clock, AM/PM.

Defendant not found because:
_____ Moved _____ Unknown _____ No Answer _____ Vacant _____ Other _____

Remarks:

Returned:

---

Affirmed and subscribed to before me this _____

day of _____ , _____

_____
                  Notary Public
MY COMMISSION EXPIRES: _____

**SO ANSWERS,**
Signature of Deputy Sheriff      Date

_____      _____

Signature of Sheriff             Date

_____      _____

---

SCHUYLKILL COUNTY SHERIFF'S DEPARTMENT

---

| SHERIFF SERVICE | |
|---|---|
| PROCESS RECEIPT AND AFFIDAVIT OF RETURN | EXPIRATION DATE: 02/25/2018 |

---

| TYPE OF SERVICE | SERVICE ID | COURT NUMBER |
|---|---|---|
| CIVIL ACTION | 91234 | S-89-2018 |

---

| PLAINTIFFS | DEFENDANTS |
|---|---|
| WILLIAM D TURNER | JOHN E WETZEL |
| | CARL KELDIE, et al |

PERSON TO SERVE
---> DR. PAUL NOAL
    DEPT OF CORRECTION HEALTH CARE 1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050

---

Now, January 26, 2018, I, SHERIFF OF SCHUYLKILL COUNTY, PA do hereby deputize the Sheriff of CUMBERLAND County, to execute this Writ and make return thereof according to the law.
This deputation being made at the request of the Plaintiff.

_Joseph D Brady_

Sheriff of Schuylkill County

---

| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE: ** SEND RETURN TO SCHUYLKILL SHERIFF ** | NOTE ONLY APPLICABLE ON WRIT OF EXECUTION:<br>N.B. WAIVER OF WATCHMEN:<br>Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof. |
|---|---|
| ATTORNEY INFORMATION<br>    COUNTY CHARGE | |

---

SHERIFF'S SERVICE AND RETURN

Served and made known to _____ , Defendant(s)

on the _____ day of _____ , _____ at _____ o'clock, AM/PM,

at _____ County of _____

Commonwealth of Pennsylvania, in the manner described below:

_____ Defendant(s) personally served
_____ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
_____ Adult in charge of Defendant's Residence.
_____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
_____ Agent or person in charge of Defendant's office or usual place of business
_____ Other _____

On the _____ day of _____ , _____ at _____ o'clock, AM/PM.

Defendant not found because:
_____ Moved  _____ Unknown  _____ No Answer  _____ Vacant  _____ Other _____

Remarks:

Returned:

---

| Affirmed and subscribed to before me this _____ | SO ANSWERS, | |
|---|---|---|
| | Signature of Deputy Sheriff | Date |
| day of _____ , _____ | | |
| | Signature of Sheriff | Date |
| _____<br>Notary Public | | |
| MY COMMISSION EXPIRES: _____ | | |

---

SCHUYLKILL COUNTY SHERIFF'S DEPARTMENT

--------------------------------------------------------------------------------
         SHERIFF SERVICE
PROCESS RECEIPT AND AFFIDAVIT OF RETURN          EXPIRATION DATE: 02/25/2018
--------------------------------------------------------------------------------
TYPE OF SERVICE                          SERVICE ID          COURT NUMBER
CIVIL ACTION                             91234               S-89-2018
--------------------------------------------------------------------------------
PLAINTIFFS                               DEFENDANTS
WILLIAM D TURNER                         JOHN E WETZEL
                                         CARL KELDIE, et al

PERSON TO SERVE
--->  DR. JAY COWAN
        1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050

--------------------------------------------------------------------------------
    Now, January 26, 2018, I, SHERIFF OF SCHUYLKILL COUNTY, PA do hereby deputize the Sheriff of CUMBERLAND
County, to execute this Writ and make return thereof according to the law.
This deputation being made at the request of the Plaintiff.

                                         Sheriff of Schuylkill County
--------------------------------------------------------------------------------
SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN   |
EXPEDITING SERVICE: ** SEND RETURN TO SCHUYLKILL SHERIFF **     | NOTE ONLY APPLICABLE ON WRIT OF EXECUTION:
                                                               | N.B. WAIVER OF WATCHMEN:
                                                               | Any deputy sheriff levying upon or attaching
                                                               | any property under within writ may leave same
-------------------------------------------------------------- | without a watchman, in custody of whomever is
ATTORNEY INFORMATION                                           | found in possession after notifying person
      COUNTY CHARGE                                            | of levy or attachment, without liability
                                                               | on the part of such deputy or the sheriff to
                                                               | any plaintiff herein for any loss, destruction
                                                               | or removal of any such property before
                                                               | sheriff's sale thereof.
--------------------------------------------------------------------------------
                          SHERIFF'S SERVICE AND RETURN

Served and made known to _____,Defendant(s)

on the _____ day of _____, _____ at _____ o'clock, AM/PM,

at _____ County of _____

Commonwealth of Pennsylvania, in the manner described below:
    ____ Defendant(s) personally served
    ____ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
    ____ Adult in charge of Defendant's Residence.
    ____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
    ____ Agent or person in charge of Defendant's office or usual place of business
    ____ Other _____

On the _____ day of _____, _____ at _____ o'clock, AM/PM.

Defendant not found because:
    ____ Moved     ____ Unknown    ____ No Answer    ____ Vacant    ____ Other _____

Remarks:

Returned:

--------------------------------------------------------------------------------
Affirmed and subscribed to before me this _____   |            SO ANSWERS,
                                                           | Signature of Deputy Sheriff     Date
day of _____, _____             |
                                                           | _____   _____
                                                           |
_____                   | Signature of Sheriff            Date
                Notary Public                              |
MY COMMISSION EXPIRES: _____               | _____   _____
--------------------------------------------------------------------------------

Wed Jan 31, 2018 01:36PM  PAGE: 11

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570



\* \* A F F I D A V I T   O F   R E T U R N \* \*

| PLAINTIFF: | TURNER,WILLIAM D | | COURT NUMBER | : S-89-2018 |
|---|---|---|---|---|
| | V S | | FILED BY | : |
| DEFENDANT: | WETZEL,JOHN E ET AL | | TYPE OF PAPER | : CIVIL ACTION |
| | | | SERVING NUMBER | : 91234 |
| ATTORNEY: | | | PRO FILE DATE | : 01/26/2018 |
| | | | EXPIRATION | : 02/25/2018 |
| | | | SHF RECEIVED | : 01/26/2018 |
| | | | DEP RETURNED | : 02/01/2018 |

------------------------------------------------------------------------------------------------

(P E O P L E   T O   B E   S E R V E D)

| | NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|---|---|---|---|---|---|---|---|
| | WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| | COWAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17050 | COUNTY, O |
| Service for | KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| | SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

(A T T E M P T S   A T   S E R V I C E)

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FEE | COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/30/2018 | 08:03 | JEN NEWBERRY | 1111 ALTAMONT BLVD | | FRACKVILLE | PA | 17931 | 40 | 21.80 |

\* REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

Total :        21.80

Total Fee Charge for all Services :        21.80

Wed Jan 31, 2018 01:36PM                                                    PAGE: 12

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570


* *  A F F I D A V I T   O F   R E T U R N   * *

========================================================================


I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :


JEN NEWBERRY ()                           ON
1111 ALTAMONT BLVD                        01/30/2018
FRACKVILLE PA                             at 08:03
========================================================================

SWORN and subscribed before me this _____            SO ANSWERS

day of ___February___ _2018_

_____            _____
              (Prothonotary)                         (Deputy Sheriff)

                                             _____
                                             (Sheriff of Schuylkill County)

========================================================================

End - of - Return   (S-89-2018)

```
Wed Jan 31, 2018 01:36PM                                                      PAGE: 13

                              SHERIFF'S DEPARTMENT
                              OF SCHUYLKILL COUNTY
                          SCHUYLKILL COUNTY COURT HOUSE
                          POTTSVILLE, PENNSYLVANIA 17901
                                 (570) 622-5570


                     * *  A F F I D A V I T   O F   R E T U R N  * *

PLAINTIFF:    TURNER,WILLIAM D                COURT NUMBER   : S-89-2018
                      V S                     FILED BY       :
DEFENDANT:    WETZEL,JOHN E ET AL             TYPE OF PAPER  : CIVIL ACTION
                                              SERVING NUMBER : 91234
ATTORNEY:    |  _____       PRO FILE DATE  : 01/26/2018
             |                                EXPIRATION     : 02/25/2018
             |  _____       SHF RECEIVED   : 01/26/2018
             |  _____       DEP RETURNED   : 02/01/2018
             |
-----------------------------------------------------------------------------------------
```

                     ( P E O P L E   T O   B E   S E R V E D )

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | DEPUTY |
|------|-----------|-----------|------|-----|-----|--------|
| WETZEL,JOHN E | SECRETARY OF CORRECT | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KELDIE,CARL | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| SILVA,JOSEP | CORRECTION CARE SOLU | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| NOAL,PAUL DR. | DEPT OF CORRECTION H | 1920 TECHNOLOGY PARK | MECHANICSBURG | PA | 17050 | COUNTY, O |
| COWAN,JAY DR. | 1920 TECHNOLOGY PARK | | MECHANICSBURG | PA | 17050 | COUNTY, O |
| KUREN,MA DR. | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| Service for  KURAS,VISOR | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| CHDA,HOLLY | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |
| SELBI RN,SHARON | SCI FRACKVILLE | 1111 ALTAMONT BLVD | FRACKVILLE | PA | 17932 | MORGAN, J |

                     ( A T T E M P T S   A T   S E R V I C E )

| SEQ | DATE | TIME | SERVED TO | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | FEE | COST |
|-----|------|------|-----------|-----------|-----------|------|-----|-----|-----|------|
| 1 | 01/30/2018 | 08:03 | JEN NEWBERRY | 1111 ALTAMONT BLVD | | FRACKVILLE | PA | 17931 | | 0.00 |

```
        * REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                                              ------------
                                                    Total :           0.00

                                Total Fee Charge for all Services :     21.80
```

Wed Jan 31, 2018 01:36PM                                                        PAGE: 14

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* *  A F F I D A V I T   O F   R E T U R N   * *

---

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

JEN NEWBERRY (PERSON IN CHARGE)              ON
1111 ALTAMONT BLVD                           01/30/2018
FRACKVILLE PA                                at 08:03

---

SWORN and subscribed before me this                    SO ANSWERS

day of _____                    _____
                                                        (Deputy Sheriff)

_____                           _____
        (Prothonotary)                            (Sheriff of Schuylkill County)

---

End - of - Return  (S-89-2018)

```
Wed Jan 31, 2018 01:36PM                                                              PAGE: 15

                                    SHERIFF'S DEPARTMENT
                                    OF SCHUYLKILL COUNTY
                                 SCHUYLKILL COUNTY COURT HOUSE
                                 POTTSVILLE, PENNSYLVANIA 17901
                                        (570) 622-5570


                           * *  A F F I D A V I T   O F   R E T U R N  * *


PLAINTIFF:    TURNER,WILLIAM D                    COURT NUMBER   : S-89-2018
                    V S                           FILED BY       :
DEFENDANT:    WETZEL,JOHN E ET AL                 TYPE OF PAPER  : CIVIL ACTION
                                                  SERVING NUMBER : 91234
ATTORNEY:     | _____            PRO FILE DATE  : 01/26/2018
              |                                   EXPIRATION     : 02/25/2018
              | _____             SHF RECEIVED   : 01/26/2018
              | _____             DEP RETURNED   : 02/01/2018
              |
-----------------------------------------------------------------------------------------------

                            (P E O P L E   T O   B E   S E R V E D)

        NAME               ADDRESS 1              ADDRESS 2            CITY                 ST  ZIP    DEPUTY
        ------------------ --------------------   --------------------  --------------------  --  -----   ------------------
        WETZEL,JOHN E      SECRETARY OF CORRECT   1920 TECHNOLOGY PARK  MECHANICSBURG         PA  17050   COUNTY, O
        KELDIE,CARL        CORRECTION CARE SOLU   1920 TECHNOLOGY PARK  MECHANICSBURG         PA  17050   COUNTY, O
        SILVA,JOSEP        CORRECTION CARE SOLU   1920 TECHNOLOGY PARK  MECHANICSBURG         PA  17050   COUNTY, O
        NOAL,PAUL DR.      DEPT OF CORRECTION H   1920 TECHNOLOGY PARK  MECHANICSBURG         PA  17050   COUNTY, O
        COWAN,JAY DR.      1920 TECHNOLOGY PARK                         MECHANICSBURG         PA  17050   COUNTY, O
        KUREN,MA DR.       SCI FRACKVILLE         1111 ALTAMONT BLVD    FRACKVILLE            PA  17932   MORGAN, J
        KURAS,VISOR        SCI FRACKVILLE         1111 ALTAMONT BLVD    FRACKVILLE            PA  17932   MORGAN, J
Service for CHDA,HOLLY     SCI FRACKVILLE         1111 ALTAMONT BLVD    FRACKVILLE            PA  17932   MORGAN, J
        SELBI RN,SHARON    SCI FRACKVILLE         1111 ALTAMONT BLVD    FRACKVILLE            PA  17932   MORGAN, J


                            (A T T E M P T S   A T   S E R V I C E)

SEQ  DATE        TIME    SERVED TO            ADDRESS 1             ADDRESS 2        CITY            ST ZIP    FEE     COST
---  ----------  -----   -------------------  --------------------  ---------------  --------------- -- -----  -----  ------------
1    01/30/2018  08:03   JEN NEWBERRY         1111 ALTAMONT BLVD                     FRACKVILLE      PA 17931            0.00
            * REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                                                                     ------------
                                                                      Total :               0.00

                                                     Total Fee Charge for all Services :     21.80
```

Case 4:18-cv-00361-MWB-JFS   Document 9   Filed 04/09/18   Page 91 of 97

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* * A F F I D A V I T   O F   R E T U R N   * *

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :

JEN NEWBERRY ()                                ON
1111 ALTAMONT BLVD                             01/30/2018
FRACKVILLE PA                                  at 08:03

SWORN and subscribed before me this _____5_____          SO ANSWERS

day of ___February___, 2018                    _____Jennifer Morgan_____
                                                          (Deputy Sheriff)

_____               _____Joseph H Moody_____
                    (Prothonotary)                (Sheriff of Schuylkill County)

End - of - Return  (S-89-2018)

Wed Jan 31, 2018 01:36PM                                                                    PAGE: 17

                                   SHERIFF'S DEPARTMENT
                                  OF SCHUYLKILL COUNTY
                               SCHUYLKILL COUNTY COURT HOUSE
                               POTTSVILLE, PENNSYLVANIA 17901
                                      (570) 622-5510


                        * *  A F F I D A V I T   O F   R E T U R N  * *

PLAINTIFF:    TURNER,WILLIAM D                COURT NUMBER   : S-89-2018
                     V S                      FILED BY       :
DEFENDANT:    WETZEL,JOHN E ET AL             TYPE OF PAPER  : CIVIL ACTION
              _____        SERVING NUMBER : 91234
ATTORNEY:     | _____         PRO FILE DATE  : 01/26/2018
              |                               EXPIRATION     : 02/25/2018
              | _____         SHF RECEIVED   : 01/26/2018
              | _____         DEP RETURNED   : 02/01/2018
              |
-------------------------------------------------------------------------------------------

                         (P E O P L E   T O   B E   S E R V E D)

          NAME                ADDRESS 1             ADDRESS 2            CITY                 ST  ZIP    DEPUTY
          --------------------  --------------------  --------------------  --------------------  --  -----  --------------------
          WETZEL,JOHN E         SECRETARY OF CORRECT  1920 TECHNOLOGY PARK  MECHANICSBURG        PA  17050  COUNTY, O
          KELDIE,CARL           CORRECTION CARE SOLU  1920 TECHNOLOGY PARK  MECHANICSBURG        PA  17050  COUNTY, O
          SILVA,JOSEP           CORRECTION CARE SOLU  1920 TECHNOLOGY PARK  MECHANICSBURG        PA  17050  COUNTY, O
          NOAL,PAUL DR.         DEPT OF CORRECTION H  1920 TECHNOLOGY PARK  MECHANICSBURG        PA  17050  COUNTY, O
          COWAN,JAY DR.         1920 TECHNOLOGY PARK                        MECHANICSBURG        PA  17050  COUNTY, O
          KUREN,MA DR.          SCI FRACKVILLE        1111 ALTAMONT BLVD    FRACKVILLE           PA  17932  MORGAN, J
          KURAS,VISOR           SCI FRACKVILLE        1111 ALTAMONT BLVD    FRACKVILLE           PA  17932  MORGAN, J
          CHDA,HOLLY            SCI FRACKVILLE        1111 ALTAMONT BLVD    FRACKVILLE           PA  17932  MORGAN, J
Service for  SELBI RN,SHARON    SCI FRACKVILLE        1111 ALTAMONT BLVD    FRACKVILLE           PA  17932  MORGAN, J


                         (A T T E M P T S   A T   S E R V I C E)

SEQ  DATE        TIME   SERVED TO             ADDRESS 1            ADDRESS 2        CITY            ST ZIP    FEE     COST
---  ----------  -----  --------------------  --------------------  ----------------  ----------------  -- -----  -----  ------------
1    01/30/2018  08:03  JEN NEWBERRY          1111 ALTAMONT BLVD                      FRACKVILLE       PA 17931          0.00
          * REMARKS : SERVICE MADE BY DEPUTY MORGAN, J

                                                                                          ------------
                                                                            Total :              0.00

                                              Total Fee Charge for all Services :              21.80

Wed Jan 31, 2018 01:36PM                                                    PAGE: 18

SHERIFF'S DEPARTMENT
OF SCHUYLKILL COUNTY
SCHUYLKILL COUNTY COURT HOUSE
POTTSVILLE, PENNSYLVANIA 17901
(570) 622-5570

* * A F F I D A V I T   O F   R E T U R N * *

=========================================================================================

I hereby CERTIFY and RETURN that service was made by handing a TRUE and ATTESTED COPY to :


JEN NEWBERRY ()                          ON
1111 ALTAMONT BLVD                       01/30/2018
FRACKVILLE PA                            at 08:03
=========================================================================================

SWORN and subscribed before me this ___5___          SO ANSWERS

day of ___February___ 2018                           _____
                                                     (Deputy Sheriff)

_____                     _____
(Prothonotary)                                       (Sheriff of Schuylkill County)

=========================================================================================

End - of - Return  (S-89-2018)

Wed Jan 31, 2018 01:36PM                                                          PAGE: 19

SHERIFF'S DEPARTMENT

OF SCHUYLKILL COUNTY

SCHUYLKILL COUNTY COURT HOUSE

POTTSVILLE, PENNSYLVANIA 17901

(570) 622-5570

* * A F F I D A V I T   O F   R E T U R N   * *

S E R V I C E   R E T U R N   C O M M E N T S

1. IN FORMA PAUPERIS FILED

C O S T S   I N F O R M A T I O N

| DESCRIPTION | PAYMENTS | CHARGES | BALANCE |
|-------------|----------|---------|---------|
| R D & R | | 9.00 | -9.00 |
| SERVICE | | 9.00 | -18.00 |
| ATTESTING | | 36.00 | -54.00 |
| SERVICE FEE | | 21.80 | -75.80 |
| | | Cost of Service : | 75.80 |
| | | **County Charge :** | **75.80** |

C O U N T Y   C H A R G E

--------------------------------------------------------------------------------

End - of - Return  (S-89-2018)

```
------------------------------------------------------------------------
|                                                                       |
|                    C O U N T Y   C H A R G E                          |
|              O F F I C E   O F   T H E   S H E R I F F                |
|                O F   S C H U Y L K I L L   C O U N T Y                |
|                                                                       |
|                                                                       |
|                                    DATE : 02/01/2018                  |
|                                                                       |
|        Case Ref  : S-89-2018                                          |
|        Service ID: 91234                                              |
|        Type      : CIVIL ACTION                                       |
|                                                                       |
|        Defendant:  JOHN E WETZEL                                      |
|        Address 1 : SECRETARY OF CORRECTIONS                           |
|        Address 2 : 1920 TECHNOLOGY PARKWAY                            |
|        City      : MECHANICSBURG                                      |
|                                                                       |
|                                                                       |
|        Cost of Service :         75.80                                |
|        County Charge   :         75.80                                |
|                                                                       |
|                                                                       |
|                                                                       |
------------------------------------------------------------------------
```

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CIVIL ACTION-LAW

WILLIAM D. TURNER,   : No. S-89-18
     Plaintiff   :
          :
  vs.       :
          :
JOHN E. WETZEL, et al.,   :
     Defendants  :

## ORDER OF COURT

RUSSELL, J.

  AND NOW, this _____ day of January, 2018, it is hereby ORDERED Plaintiff

may proceed in forma pauperis and proceed without payment of costs as provided by

law. However, he shall inform the Court of any change in his financial condition.

        BY THE COURT,

        _____ J.



CERTIFIED MAIL

7017 1450 0001 1524 3917

US DISTRICT COURT
MIDDLE DISTRICT OF PA
PO BOX 1148
SCRANTON, PA 18501

After Five Days Return to:
PETER J. SYMONS, JR.
PROTHONOTARY OF SCHUYLKILL COUNTY
401 N. 2ND ST
POTTSVILLE PA 17901-2520

APR 08 2018

PER _____ DEPUTY CLERK