IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. TURNER, | *FILED ELECTRONICALLY* |
| Plaintiff, | |
| | CIV. ACTION NO. 4:18-cv-00361 |
| vs. | |
| JOHN E. WETZEL, SECRETARY OF CORRECTIONS; CORRECTION CARE SOLUTION, CARL KELDIE, JOSEP SILVA (DEPARTMENT OF CORRECTIONS HEALTH CARE SERVICE DIRECTOR), DR. PAUL NOAL, DR. JAY COWAN, THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE'S MA KUREN, VISOR MS. KURAS, CHDA MS. HOLLY and SHARON SELBI; RN any and all individuals or entities responsible for my HEALTH CARE and/or DOC MEDICAL POLICIES, | |
| Defendants. | |

## MOTION TO DISMISS

Now come Defendants, Correct Care Solutions, LLC (improperly identified as Correction Care Solutions), Dr. Carl Keldie and Dr. Jay Cowan, and hereby move for dismissal of Plaintiff's Complaint for the reasons comprehensively set forth in the accompanying Brief in Support.

                                        WEBER GALLAGHER SIMPSON STAPLETON
                                                   FIRES & NEWBY LLP

                           BY:   /s/ Meghan K. Adkins
                                 Meghan K. Adkins, Esquire
                                 madkins@wglaw.com
                                 PA ID No. 320908

        /s/ Samuel H. Foreman  
Samuel H. Foreman, Esquire  
sforeman@wglaw.com  
PA ID No. 77096

WEBER GALLAGHER SIMPSON  
STAPLETON FIRES & NEWBY, LLP  
Four PPG Place  
5th Floor  
Pittsburgh, PA 15222  
(412) 281-4541  
(412) 281-4547 FAX

Dated: April 10, 2018

## CERTIFICATE OF SERVICE

I, Meghan K. Adkins, Esquire, hereby certify that on this date a true and correct copy of the foregoing **Motion to Dismiss** was sent to all counsel of record *via* CM/ECF and by first class United States mail, postage prepaid, to the following:

Wlliam D. Turner, AM5992
SCI-Frackville
1111 Altamount Blvd
Frackville, PA  17932

/s/ Meghan K. Adkins
Meghan K. Adkins, Esquire

Dated: April 10, 2018