IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM D. TURNER,

    Plaintiff,

vs.

JOHN E. WETZEL, SECRETARY OF CORRECTIONS; CORRECTION CARE SOLUTION, CARL KELDIE, JOSEP SILVA (DEPARTMENT OF CORRECTIONS HEALTH CARE SERVICE DIRECTOR), DR. PAUL NOAL, DR. JAY COWAN, THE DOC'S HEPATITIS C COMMITTEE, SCI FRACKVILLE'S MA KUREN, VISOR MS. KURAS, CHDA MS. HOLLY and SHARON SELBI; RN any and all individuals or entities responsible for my HEALTH CARE and/or DOC MEDICAL POLICIES,

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 4:18-cv-00361

## **RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

On April 12, 2018, Plaintiff, William Turner, filed a Motion to Compel and Brief in Support of same wherein he moves the Court to compel the Defendants to "produce for inspection and copying the documents requested on March 2, 2018." ECF No. 12, p. 1. Within his Brief in Support, Mr. Turner contends that on March 2, 2018 he "filed a revise[d] request for production of the documents…because Counsel.; for the Defendants, who stated he couldn't understand what was ask for."

ECF No. 13, pp. 1-2. Mr. Turner further contends that the requested discovery is relevant to the subject matter of the lawsuit and attaches, as Exhibit "A," a document entitled "Revise. First Set of Interrogatories." See generally ECF No. 13.

First and foremost, to date, the undersigned counsel has not been served with any discovery requests by Mr. Turner. That alone warrants a denial of Mr. Turner's instant Motion. Second, the allegations contained in Mr. Turner's Motion and Brief are unclear. It is unclear whether Mr. Turner contends that he sent discovery requests to the undersigned counsel, to counsel for the Commonwealth Defendants, or to both, and whether Mr. Turner is requesting answers to interrogatories or responses to requests for production of documents, both of which are referenced within his Motion to Compel and Brief in Support. Finally, discovery at this juncture is premature inasmuch as Defendants, Correct Care Solutions, LLC, Dr. Carl Keldie and Dr. Jay Cowan, have sought dismissal of Plaintiff's Complaint.[1]

Accordingly, Defendants, Correct Care Solutions, LLC, Dr. Carl Keldie and Dr. Jay Cowan, respectfully request that Plaintiff's Motion to Compel be denied.

---

[1] Moving Defendants are simultaneously submitting a Motion to Stay Discovery.

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY: /s/ Meghan K. Adkins
Meghan K. Adkins, Esquire
madkins@wglaw.com
PA ID No. 320908

/s/ Samuel H. Foreman
Samuel H. Foreman, Esquire
sforeman@wglaw.com
PA ID No. 77096

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Four PPG Place
5th Floor
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

Dated: April 30, 2018

## CERTIFICATE OF SERVICE

I, Meghan K. Adkins, Esquire, hereby certify that on this date a true and correct copy of the foregoing **Response to Plaintiff's Motion to Compel** was sent to all counsel of record *via* CM/ECF and by first class United States mail, postage prepaid, to the following:

Wlliam D. Turner, AM5992<br>
SCI-Frackville<br>
1111 Altamount Blvd<br>
Frackville, PA 17932

                                          /s/ Meghan K. Adkins
                                          Meghan K. Adkins, Esquire

Dated: April 30, 2018