

**pennsylvania**
DEPARTMENT OF CORRECTIONS

| | |
|---|---|
| **TO** | All Inmates |
| **FROM** | John E. Wetzel<br>Secretary of Corrections |
| **DATE** | September 7, 2018 |
| **RE** | Changes to Mail Procedures |

*[Handwritten annotations: "Trooper v. Wetzel / 4:18-CV-00361 / To: Clerk of Court"]*

*[Stamp: FILED SCRANTON SEP 24 2018 PER [initials] DEPUTY CLERK]*

### Inmate Mail Processing Changes
Please be advised that all non-privileged inmate mail will no longer be accepted at Department of Corrections facilities. All such inmate mail must be sent to the following address to be processed for delivery, utilizing existing DOC mail rules:

> Smart Communications/PADOC
> Inmate Name/Inmate Number
> Institution
> PO Box 33028
> St Petersburg, FL 33733

**EXAMPLE:**

> Smart Communications/PADOC
> Joe Jones/AB1234
> SCI Camp Hill
> PO Box 33028
> St Petersburg, FL 33733

*[Handwritten: "This is the new mail process so if there any delay"]*

Envelopes must include a return address. Photos will be limited to 25 per mailing. Any mailing received with more than 25 photos will be returned to sender. Smart Communications acting as the Department's contracted inmate mail processer will scan the original mail. Facility Staff will print electronic copies of the original mail and deliver it to the intended recipient.

### Legal Correspondence
These procedures do not affect the processing of inmate legal mail (privileged correspondence under DC ADM 803). Inmate legal mail should still be addressed to the appropriate prison for delivery. Department staff will continue to open legal mail in the presence of the inmate to whom it is addressed. Moving forward, inmate legal mail will then be photocopied in the presence of the inmate. The photocopy will be provided to the inmate. The original will be sealed and securely stored in the presence of the inmate. The original documents will be securely destroyed after 15 business days.

Policy updates incorporating these changes are forthcoming.

Thank you.

Sincerely,

*[Signature]*
*A/M 5992*

Smart Communications/PADOC
William D. Sweeper AM5982
SCI Frackville
P.O. Box 33028 #133733
St Petersburg,

RECEIVED
SCRANTON
SEP 24 2018
PER_____

INMATE MAIL
PA DEPT OF CORRECTIONS
Clerk of Court

To: Middle District Pennsylvania
P.O. Box 1148
Scranton, PA. 18501

Hasler 09/20/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 17932
011E12650639

18501$1148 B039