IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. TURNER,<br>PLAINTIFF. | : | |
| | : | LETTER BRIEF |
| V. | : | MOTION FOR LEAVE TO FILE<br>AN AMENDED COMPLAINT. |
| | : | |
| JOHN E. WETZEL, ET AL.<br>DEFENDANTS. | : | NO. 4:18-cv-00361 |

FILED SCRANTON NOV 16 2018 PER ___ DEPUTY CLERK

LETTER BRIEF

This Letter Brief, is filed to amend Dr. Haresh Pandya.; once there was another denial of treatment for hep-C., on or about October 11, 2018; and no meds for arthritis.

With this in mind the Court, should grant leave freely.; to amend John Doe, a party to the complaint, Foman v. Davis., 371 U.S. 178,182(1962).[1].

Respectfully submitted

/William D. Turner/
William D. Turner
AM 5992
1111 Altamount Blvd
Frackville, PA 17932

Date. 11.12.18

[1]. See civil action at page 4, 12to13 also page 5, 18 to19.