UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. TURNER, | |
| Plaintiff, | CIVIL ACTION NO. 4:18-cv-00361 |
| v. | (BRANN, J.)<br>(SAPORITO, M.J.) |
| JOHN E. WETZEL, Secretary of Corrections, et al., | FILED<br>WILKES BARRE |
| Defendants. | 2019 |

**ORDER**   Per _____ mS

On April 10, 2018, defendants Dr. Carl Keldie, Dr. Jay Cowan, and Correct Care Solutions, LLC (together, the "Medical Defendants") filed a Rule 12(b)(6) motion to dismiss the complaint. (Doc. 10). On February 7, 2019, that motion was granted in part and denied in part. (Doc. 30). In resolving the motion, the Court granted the plaintiff leave to file an amended complaint within 28 days. (*Id.*).

In light of the foregoing, **IT IS HEREBY ORDERED THAT**:

1. The Medical Defendants shall serve a responsive pleading or motion within 14 days after service of the plaintiff's timely amended complaint, *see* Fed. R. Civ. P. 15(a)(3); or

2. In the absence of a timely amended complaint, the Medical

Defendants shall serve a responsive pleading to the original complaint within 14 days after expiration of the time allowed for the plaintiff to file an amended complaint, *see* Fed. R. Civ. P. 12(a)(4).

Dated: February __8__, 2019

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge