UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-2879
_____

WILLIAM D. TURNER,
                                        Appellant

v.

JOHN E. WETZEL, Secretary of Corrections; CORRECTION CARE SOLUTION;
CARL KELDIE; JOSEPH SILVA, Department of Corrections
Health Care Service Director; DR. PAUL NOAL; DR. JAY COWAN;
THE DOC'S HEPATITIS C COMMITTEE; MA KUREN, SCI Frackville;
KURAS; MS. CHDA; SHARON SELBI, RN; KAREN HOLLY; JOHN DOE;
DR. HARESH PANDYA; TONY IANUZZY, Practitioner
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 4-18-cv-00361)
District Judge:  Honorable Matthew W. Brann
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
August 1, 2022

Before:  KRAUSE, BIBAS and SCIRICA, Circuit Judges
_____

**JUDGMENT**
_____

        This cause came to be considered on the record from the United States District
Court for the Middle District of Pennsylvania and was submitted pursuant to Third
Circuit LAR 34.1(a) on August 1, 2022.  On consideration whereof, it is now hereby

        ORDERED and ADJUDGED by this Court that the judgment of the District Court
entered September 28, 2021, be and the same is affirmed in part and vacated in part.  This
matter is remanded for further proceedings.  Costs will not be taxed.  All of the above in
accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: August 19, 2022

**Certified as a true copy and issued in lieu
of a formal mandate on** September 12, 2022

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**