UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. WETZEL, Secretary of Corrections, et al.,<br><br>Defendants. | CIVIL ACTION NO. 4:18-cv-00361<br><br>(BRANN, C.J.)<br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 31st day of October, 2022, in accordance with the opinion, judgment, and mandate of the United States Court of Appeals for the Third Circuit,[1] **IT IS HEREBY ORDERED THAT:**

1. This court's prior order of August 27, 2021, denying the plaintiff's renewed motion for appointment of counsel (Doc. 137) is **VACATED** *sua sponte*;

2. The plaintiff's renewed motion for appointment of counsel (Doc. 133) is **CONDITIONALLY GRANTED**;

3. The Clerk is directed to forward a copy of this order to the *Pro*

---

[1] *See Turner v. Wetzel*, No. 21-2879, slip op. at 10 (3d Cir. Aug. 19, 2022) (per curiam), Doc. 35.

*Bono* Committee Chairman for the Middle District of Pennsylvania Chapter of the Federal Bar Association, **Michael A. O'Donnell, Esq., O'Donnell Law Offices, 267 Wyoming Avenue, Kingston, Pennsylvania 18704**, for the purpose of obtaining *pro bono* counsel to represent the plaintiff;

4. All filing obligations and other deadlines are **STAYED** for **ninety (90) days** while Attorney O'Donnell attempts to find counsel to represent the plaintiff; and

5. The plaintiff is advised that, if the Court is unable to find *pro bono* counsel to represent him, he will be required to continue with his case *pro se*.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
